B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>Northern District of Georgia | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Trade Am International, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>aka Trade Am |
|---|---|
| Last four digits of Social Security or other Individual's Tax I.D. No./Complete EIN If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state,<br>6580 Jimmy Carter Boulevard<br>Norcross, GA | MAILING ADDRESS OF DEBTOR (If different from street<br>3579 Castlegate Drive, NW<br>Atlanta, GA |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS    ZIP CODE<br>Gwinnett                                                30071 | ZIP CODE<br>30327 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7    [ ] Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts**<br>(Check **one** box.)<br>Petitioners believe:<br>[ ] Debts are primarily consumer debts<br>[X] Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>[ ] Individual (Includes Joint Debtors)<br>[X] Corporation (Includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>State Type of Entity:_____ | **Nature of Business**<br>(Check **one** box.)<br>[ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[X] Other    Carpet Reseller |
|---|---|---|

| **VENUE**<br>[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | **FILING FEE** (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS** (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>  b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Trade Am International, Inc.

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X  /s/Neal G. Patton, Esq.            General Counsel
Signature of Petitioner or Representative (State title)

AmericasMart Real Estate, LLC          06/05/2013
Name of Petitioner                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Neal G. Patton, Esq.
240 P'tree St., N.W. Suite 2200
Atlanta, GA 30303

X  /s/John M. McGovern                 06/06/2013
Signature of Attorney                  Date
McGovern Law Firm    Ga. Bar No. 492855
Name of Attorney Firm (If any)

Address: 7000 Miller Court East, Norcross, GA 30071
Telephone No. 404.920.8510

X  /s/Ms. Deepa Dharamrup              Vice President
Signature of Petitioner or Representative (State title)

Emdee International Enterprises, Inc.  05/31/2013
Name of Petitioner                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Ms. Deepa Dharamrup
3595 Clearview Parkway
Atlanta, GA 30340

X  /s/John M. McGovern                 06/06/2013
Signature of Attorney                  Date
McGovern Law Firm    Ga. Bar No. 492855
Name of Attorney Firm (If any)

Address: 7000 Miller Court East, Norcross, GA 30071
Telephone No. 404.920.8510

X  /s/Mr. Sharad Mittel                President
Signature of Petitioner or Representative (State title)

IHE, Inc.                              05/31/2013
Name of Petitioner                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Mr. Sharad Mittel
2522 Bentley Ridge Drive
San Jose CA 95138

X  /s/John M. McGovern                 06/06/2013
Signature of Attorney                  Date
McGovern Law Firm    Ga. Bar No. 492855
Name of Attorney Firm (If any)

Address: 7000 Miller Court East, Norcross, GA 30071
Telephone No. 404.920.8510

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| AmericasMart Real Estate, LLC<br>240 Peachtree St., N.W., Suite 2200<br>Atlanta, GA 30303 | Judgment | 411,043.16 |
| Emdee International Enterprises, Inc.<br>3595 Clearview Parkway<br>Atlanta, GA 30340 | Judgment | 79,061.54 |
| IHE, Inc.<br>2522 Bentley Ridge Drive<br>San Jose, CA 95138 | Judgment | 8,361.34 |
| | | Total Amount of Petitioners' Claims<br>1,119,258.26 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_1_ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
Northern District of Georgia

In re  Trade Am International, Inc.,
                    Debtor

Case No. _____

Chapter  7

## Involuntary Petition Continuation Sheet

**PETITIONING CREDITORS (cont'd)**

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X /s/Mr. Po Chu            Vice President
Signature of Petitioner or Representative    (State Title)
Tianjin Longxing (Group) Ltd.         06/05/2013
Name of Petititoner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Mr. Po Chu
33-00 Northern Boulevard
Long Island City, NY 11101

X /s/John M. McGovern            06/06/2013
Signature of Attorney            Date
McGovern Law Firm     Ga. Bar No. 492855
Name of Attorney Firm (If any)

Address  7000 Miller Court East
         Norcross, GA 30071

Telephone No.  404.920.8510

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
| Tianjin Longxing (Group) Ltd.<br>33-00 Northern Boulevard<br>Long Island City, NY 11101 | Judgment | 620,792.22 |

X /s/
Signature of Petitioner or Representative    (State Title)

Name of Petititoner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/
Signature of Attorney            Date

Name of Attorney Firm (If any)

Address

Telephone No.

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
|  |  |  |

X /s/
Signature of Petitioner or Representative    (State Title)

Name of Petititoner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/
Signature of Attorney            Date

Name of Attorney Firm (If any)

Address

Telephone No.

| Name and Address of Petititoner | Nature of Claim | Amount of Claim |
|---|---|---|
|  |  |  |

X /s/
Signature of Petitioner or Representative    (State Title)

Name of Petititoner            Date Signed

Name & Mailing Address of Individual Signing in

X /s/
Signature of Attorney            Date

Name of Attorney Firm (If any)

Address

## WRIT OF FIERI FACIAS

Plaintiff(s) Attorney

GEORGIA
FULTON COUNTY

N JACKSON COTNEY
WILES & WILES
800 KENNESAW AVE STE 400
MARIETTA, GA 30060

Credits: Deposit
Pltf: $282.50
Deft $

TO THE MARSHAL OF THE STATE COURT OF FULTON COUNTY
or his lawful Deputies and to all and singular the Sheriffs of the State or their
lawful Deputies; and to all lawful Constables of said State.

### IN THE STATE COURT OF FULTON COUNTY

DATE OF JUDGMENT: 20-JUL-2010
CIVIL ACTION NO: 10DD003812

AMERICASMART REAL ESTATE LLC VS TRADE AM INTERNATIONAL INC

In the above-entitled case, and on the date of judgment set out above, the plaintiff(s) named above recovered against the defendant(s)/garnishee(s) named above, judgment in the follow sums.

| PRINCIPAL | COUNT 1 | COUNT II | COUNT III | |
|---|---|---|---|---|
| | $96,692.52 | $33,725.69 | $170,154.60 | |
| INTEREST | $996.80 | | | |
| ATTORNEY FEES | $15,186.98 | $3,397.57 | $25,523.19 | |
| LATE FEES | $3,557.24 | | COSTS | $282.50 |

With future interest upon said principal amount from the date of judgment at the rate equal to the Prime Rate on the judgment date plus 3 percent per annum. Therefore, WE COMMAND YOU, that the goods and chattels, lands and tenements of said defendant(s) / garnishee(s) named above,
ESPECIALLY
and                                                                 of the following described property, to-wit:
ONLY

YOU cause to be made the several sums set out in the foregoing recital judgment in this case, and that you have the said several sums of money before the STATE COURT OF FULTON COUNTY on the first Monday of the term following your action in this matter, with this writ to render to the said Plaintiff the principal, interest, and cost aforesaid.

Witness the Honorable A. L THOMPSON, Chief Judge of said Court.

Dated 20-AUG-2010                                                  _____ Deputy Clerk

**Entered on the General Execution Docket**

046499

**GED**

**BK03404 PG0247**

# WRIT OF FIERI FACIAS
## IN THE STATE COURT OF GWINNETT COUNTY, GEORGIA

| | |
|---|---|
| **CIVIL ACTION NUMBER:** 11-C-01618-S3 | EMDEE INTERNATIONAL ENTERPRISES, INC. (a Georgia Corporation) |
| **JUDGMENT DATE:** July 28, 2011 | |
| | Plaintiff(s) |
| Plaintiff's Attorney - Name, Address, & Telephone | VS. |
| Name: KEVIN T MOORE | |
| Address: 6111 PEACHTREE DUNWOODY ROAD NE BLDG C SUITE 201 ATLANTA, GA 30328-4522 | TRADE AM INTERNATIONAL, INC. (a Texas Corporation licensed to do business in Georgia) |
| Telephone & Area Code: (770) 396-3622 | Defendant(s) |

Fi. Fa. in Hands of:

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
2011 AUG 17 PM 4:31
TOM LAWLER, CLERK

To all and singular the sheriffs of the State and their lawful deputies:

In the above styled case, and on the Judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

| | |
|---:|---:|
| Principal | $61,451.52 |
| Interest | $0.00 |
| Interest-Other | $0.00 |
| Attorney's Fees | $9,217.72 |
| Court Cost | $260.50 |
| Total | $70,929.74 |

**CANCELLATION**

The within and foregoing Fi. Fa. having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this the

_____ day of _____, _____ .

Signature: _____

Title: _____

NOTE:

with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of said defendant(s), and ESPECIALLY/ONLY of the following property, to wit:

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said sums of money before the State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fee and costs aforesaid.

Witness the Honorable Carla Brown, Judge of Said Court, this the 16th day of August, 2011.
**ST-5 Rev. 85**

**077766**

TOM LAWLER, CLERK

BY: _____
Deputy Clerk

Entered on General Execution Docket _____, at Page _____,
this the _____ day of _____, _____

03072
00255

**WRIT OF FIERI FACIAS** GED
IN THE MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA

BK03072PG0255

| | |
|---|---|
| CIVIL ACTION NO.: 10-M-09682 | I H E, INC |
| JUDGMENT DATE: SEPTEMBER 16, 2010 | Plaintiff(s) |

Plaintiff's - Name, Address & Telephone

NAME:     I H E, INC
ADDRESS:  4418 SILVERBERRY DR
          SAN JOSE, CA 95136

VS.

**TRADE AM INTERNATIONAL, INC**
Defendant(s)

TELEPHONE & AREA CODE: 408-821-4251

To all and singular the sheriffs of the State and their lawful deputies:

Fi. Fa. in Hands of: IHE, INC

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) name above, judgment in the following sums:

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
10 SEP 17 PM 2:54
TOM LAWLER, CLERK

| | | |
|---|---|---:|
| Principal | $ | 5,530.00 |
| Interest | $ | 1,760.00 |
| Interest-Other | $ | |
| Attorney's Fees | $ | |
| Court Costs | $ | 132.00 |
| Total | $ | 7,422.00 |

**CANCELLATION**

The within and foregoing Fi. Fa. having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this _____ day of _____, 20_____.

SIGNATURE:

_____

TITLE: _____

Note:_____
_____

with future interest upon said principal amount from the date of judgment at the rate of 6 1/4% per year.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of said Defendant(s), and ESPECIALLY/ONLY of the following described property, to wit:

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said sums of money before the Magistrate Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fee and costs aforesaid.
Witness the Honorable JAMES A HINKLE, Judge of Said Court, this the 16th day of SEPTEMBER, 2010.

TOM LAWLER, CLERK
BY: _____
SHANNON L MILLER, Deputy Clerk

Entered on General Execution Docket _____, at Page _____, this _____ day of _____, 20_____.

064846

# WRIT OF FIERI FACIAS
## IN THE STATE COURT OF GWINNETT COUNTY, GEORGIA

| | |
|---|---|
| **CIVIL ACTION NUMBER:** 08-C-00418-S5 | TIANJIN LONGXING (GROUP) LTD., |
| **JUDGMENT DATE:** October 27, 2009 | Plaintiff(s) |
| | VS. |
| Plaintiff's Attorney - Name, Address, & Telephone | TRADE AM INTERNATIONAL, INC., |
| Name: JOHN M MCGOVERN | |
| Address: 7000 MILLER COURT EAST NORCROSS, GA 30071 | Defendant(s) |
| Telephone & Area Code: (678) 221-6204 | |

Fi. Fa. in Hands of:

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
10 APR 12 PM 4:29
TOM LAWLER, CLERK

To all and singular the sheriffs of the State and their lawful deputies:

In the above styled case, and on the Judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

| | |
|---|---:|
| Principal | $333,623.08 |
| Interest | $187,084.88 |
| Interest-Other | $0.00 |
| Attorney's Fees | $20,257.04 |
| Court Cost | $83.00 |
| Total | $541,048.00 |

**CANCELLATION**

The within and foregoing Fi. Fa. having been paid full the Clerk of State Court is hereby directed to cancel it of record this the

_____ day of _____, _____ .

Signature:_____

Title:_____

NOTE:

with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of said defendant(s), and ESPECIALLY/ONLY of the following property, to wit:

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said sums of money before the State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fee and costs aforesaid.

Witness the Honorable Pamela D. South, Judge of Said Court, this the 9th day of April, 2010.
ST-5 Rev. 85

TOM LAWLER, CLERK
BY:_____
Deputy Clerk

Entered on General Execution Docket_____, at Page_____,
this the _____ day of _____, _____ .

020493

AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**MAY 1 6 2013**

JAMES N. HATTEN, Clerk
By White Deputy Clerk

| | ) | |
|---|---|---|
| Tianjin Longxing (Group) Co., Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 05 CV 0257 (BSJ) |
| Trade Am International, Inc. | ) | |
| *Defendant* | ) | 1:13-MI 0063 |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __05/24/2011__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: __May 2, 2013__

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

TIANJIN LONGXING (GROUP) CO., LTD.,
                Plaintiff,

05 **CIVIL** 0251 (BSJ)

-against-

**JUDGMENT**

#11, 0987

TRADE AM INTERNATIONAL, INC.,
                Defendants.

-----------------------------------------------------------X

1813-MI 0063

Whereas on May 4, 2011, the Honorable James L. Cott, United States Magistrate Judge, having issued a Report and Recommendation (the "Report"), and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on May 24, 2011, having rendered its Order confirming and adopting the Report in its entirety, and entering judgment for Tianjin against Trade AM in the amount of $137,426.88 plus pre-judgment interest calculated by the Clerk of the Court as set forth in the in the Report Part IIC less $105,000.00 as previously determined by the Court, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 24, 2011, the Report is confirmed and adopted in its entirety; judgment is entered for Tianjin against Trade AM in the amount of $137,426.88 plus pre-judgment interest (9% per annum on $32,426.88 ($137,426.88 - $105,000.00) of $11,481.78 as set forth in the in the Report Part IIC less $105,000.00 as previously determined by the Court for a total sum of $43,908.66; accordingly, the case is closed.

**Dated:** New York, New York
      May 27, 2011

**RUBY J. KRAJICK**

Clerk of Court

**BY:**

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

CERTIFIED AS A TRUE COPY ON
THIS DATE 5/2/2013
BY _____
( ) Clerk
(X) Deputy