UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TRADE AM INTERNATIONAL, INC., | : | CASE NO. 13-62588-MGD |
| | : | |
| Debtor. | : | |

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF HAYS FINANCIAL CONSULTING, LLC AS ACCOUNTANTS FOR THE TRUSTEE**

COMES NOW S. Gregory Hays, in his capacity as Chapter 7 Trustee ("Trustee" or "Applicant") for the bankruptcy estate of Trade AM International, Inc. ("Debtor"), and, pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014, hereby files this Application for Approval of Employment of Hays Financial Consulting, LLC as Accountants for the Trustee (the "Application"). In support thereof, Trustee shows the Court as follows:

**BACKGROUND**

1. On June 6, 2013, this case was commenced by the filing an involuntary petition for relief against the Debtor. On August 6, 2013, the Court entered an Order for Relief in Involuntary Case. On August 7, 2013, the United States Trustee filed notice of appointment of S. Gregory Hays as interim trustee of the Estate of the Debtor ("Estate").

2. To administer this case in a proper, efficient, and economical manner, the Trustee shows that it is necessary to retain accountants to render the following services:

(a) To advise and assist the Trustee and other professionals employed by Trustee with regard to the preparation and filing of any and all tax returns which may be required. Upon information and belief, tax returns have not been filed since year-end 2007 and activity must be forwarded from succeeding years in order to preserve the use of net operating loss carry forwards;

(b) To provide support and assistance with regard to the proper receipt, disbursement and accounting for funds and other property of the Estate;

(c) To advise and assist the Trustee and other professionals employed by Trustee with the financial impact and associated transactions relating to the sale of the property of the Estate;

(d) To advise and assist the Trustee and other professionals employed by Trustee with the review, recreation and investigation of the Debtor's financial holdings and financial affairs;

(e) To provide financial and accounting support as necessary for any cause of action brought by the Trustee;

(f) To perform any other services that may be required as accountants for Trustee to assist the Trustee in the performance of Trustee's duties and exercise of Trustee's rights and powers under the Bankruptcy Code.

3. Trustee wishes to employ Hays Financial Consulting, LLC ("HFC"), 3343 Peachtree Road NE, Suite 200, Atlanta, Georgia 30326-1420, (404)-926-0060, as Trustee's accountants herein. Trustee shows that the employees employed by HFC have knowledge and experience with regard to the matters for which HFC is to be engaged and are well qualified to represent Trustee. Attached hereto as Exhibit "A" is a Firm Profile describing the Firm and listing the Firm's current fee schedule. A verification pursuant to Fed. R. Bankr. P. 2014 is attached hereto as Exhibit "B".

4. To the best of Trustee's knowledge, HFC represents no interest adverse to Debtor, Trustee, creditors, any other party in interest, their respective attorneys, and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or this

estate, in the matter for which Hays is to be engaged.  HFC is disinterested under 11 U.S.C. § 101(14), with regard to the matters upon which it is to be engaged, and HFC's employment is in the best interests of this estate, Debtor, the Trustee, creditors and other parties in interest.

**WHEREFORE,** Trustee prays for authority to retain and employ Hays Financial Consulting, LLC to provide accounting and advisory services to Trustee for the purposes specified hereinabove and for such other and further relief as may be just and proper.

This 25th day of September, 2013.

                                              /s/
                                    S. Gregory Hays
                                    Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 200
Atlanta, Georgia 30326
(404) 926-0060
ghays@haysconsulting.net

**Hays Financial Consulting, LLC**
Atlanta Financial Center
3343 Peachtree Road, N.E.
East Tower, Suite 200
Atlanta, GA 30326-1420

(404) 926-0060                      www.hayconsulting.net                      Fax: (404) 926-0055

**Profile of Hays Financial Consulting, LLC**

Hays Financial Consulting, LLC ("HFC") is a corporate financial consulting and accounting firm that specializes in bankruptcy and receivership management, asset recovery, forensic accounting and litigation support. The firm or its Managing Principal, S. Gregory Hays, has been active in bankruptcy, receivership and litigation cases for twenty years. The firm includes a team of professionals in finance, accounting, tax, operations, technology, asset recovery and human resources to provide a wide array of professional services in bankruptcy, receiver and litigation cases. Following are brief summaries of the firm's key practice areas:

**Fiduciary Services**
HFC and it principal officers serve in a fiduciary capacity as trustee, receiver, assignee, examiner, disbursing agent or liquidating agent. Mr. Hays serves as a Chapter 11 trustee and was appointed by the United States Trustee to serve as a Chapter 7 panel trustee. Mr. Hays or the firm have served as a fiduciary in United States District Court, United States Bankruptcy Court and State Courts. The firm has been appointed in Georgia, Texas, South Carolina, Alabama, Florida, New York and California.

**Bankruptcy and Receiver Financial Services**
The firm has extensive experience in all phases of bankruptcy and receivership management, administration and accounting. Consultants provide interim management and serve as CEO or CRO so that quick and effective results may be obtained. Financial consultants and accountants are placed on the debtor's premises to administer the estate. Consultants take control of a debtor, secure the assets and records, and provide management services during the period of reorganization or liquidation. Financial Consultants and accountants also assist debtors in possession with financial reporting and operations and/or provide advice to committees, trustees or receivers.

**Accounting Services**
HFC has accountants that provide a wide array of accounting services in insolvency cases. The firm has several CPA's and support staff to undertake accounting functions including preparation of accounting reports, maintaining books and records of debtor entities, investigating accounting records and preparing accounting reports for the court.

**Forensic Accounting**
HFC has extensive experience in investigating and recovering funds from fraudulent activity. Financial consultants investigate fraud through various techniques including funds tracing and asset searches. Documents and records are researched using both internal and external sources to unravel the fraud. Once the fraud is identified, accountant and financial consultants work closely with legal counsel and provide litigation support and recover assets. The firm has four Certified Fraud Examiners.

**Tax Return Preparation**
The firm provides corporate tax preparation services and specializes in filing applications to recover taxes for bankrupt or insolvent entities. The firm prepares the current year returns, completes the carryback claims, examines state and local taxes for potential refunds, analyzes sales taxes and calculates the refund for sales taxes due to bad debt write-offs

### Litigation Support / Expert Witness
The firm provides litigation support services and is involved in investigating all aspects of the pending litigation. The firm provides assistance to counsel in discovery including preparation of schedules for document production and assistance in preparing interrogatories and review of documents. The firm researches claims, investigates issues, attends depositions, develops strategies, prepares analyses and interviews witnesses.

### Asset Recovery and Collection Services
The firm has an asset recovery and collection department that specializes in identifying and recovering assets. The firm uses a variety of methods to identify hidden assets including computer searches and other asset tracing methodologies. In addition, the firm has an accounts receivable collection group and is engaged as collection agent to fiduciaries or employed directly by financial institutions. The group is available to work on a contingency basis or will manage accounts receivable functions on an hourly basis. When deemed appropriate, the firm engages and manages external collection agencies and collection attorneys.

### Asset Disposition Services
The firm is experienced in liquidating a wide variety of assets and employs auctioneers, real estate brokers and other liquidation professionals as deemed appropriate. Consultants investigate the value of assets and arrange for appropriate means to liquidate the assets.

### Employee Benefits Plan Termination Services
The firm has a Human Resources department to resolve employee matters and efficiently terminate employee benefits plans. Ms. Kathryn Malek manages the firm's Human Resources group and is responsible for terminating benefits plans, preparing employee tax returns and resolving employee issues.

## Representative Bankruptcy and Receiver Cases

HFC has served as Accountant to Trustee, Accountant and Financial Consultant to Receiver, Financial Advisor to Debtor, Financial Advisor to Committee and Receiver for a wide variety of insolvent businesses. HFC has held a leading accounting and financial management role in the cases listed below:

### Bankruptcy Cases
The Money Tree, Inc – **Accountant to Trustee** for consumer finance company.
Scoville, Inc. – **Accountant to Trustee** for manufacturing company.
DBSI, Inc. - **Financial Advisor to the Examiner** for real estate ownership and management.
Nice Financial – **Accountant to Examiner** for payday lender.
Nukote International, Inc. **Financial Advisor to Committee** for printing company.
Catalyst Natural Gas, LLC - **Accountants to the Trustee** for natural gas distribution company.
Powder Coating, Inc. - **Accountant to the Trustee** for manufacturing company.
Georgia Floors, Inc. - **Accountants to Trustee** for a flooring installer.
Westminster Ceramics - **Financial Advisor to Debtor** for $60 mill tile manuf. and distributor.
Atlantis Plastics - **Financial Advisor to Debtor** for plastics manufacturing company.
Verso Technologies - **Financial Advisor to Committee** for public technology company.
C.M. Vaughn, LLC - **Accountants to Trustee** for $13 million securities fraud.
Cornerstone Ministries - **Financial Advisor to Committee** for $180 mil. real estate investment.
VyTech Industries, Inc. - **Accountant to Trustee** for RV materials manufacturing co in SC.
Aerosol Packaging, LLC - **Financial Advisor to Unsecured Creditors** for packaging company.
Fibrex Cordage, LLC - **Liquidating Director** for a manufacturer of cordage products.
FirstLine Corporation - **Financial Advisor to Unsecured Creditors** for a manufacturing co.
Brookstone Fine Wood Products – **Accountant to Trustee** for a home product supply company.

Maxxis Group, Inc. – **Accountant to Trustee** for a telephone and dietary supplement supplier.
Allied Holdings, Inc. **Administrative Compliance Consultants** for vehicle transport company.
Bramlett Plumbing, Inc. **-Turnaround Consultants** for a plumbing supply company.
Aero Plastics, Inc. – **CEO** for a plastics manufacturing company with sales of $60 million.
Apyron Technologies, Inc. **– Accountant to Trustee for** a materials science company.
Galey & Lord, Inc. et al – **Accountant to Trustee** - a manufacturer of textiles for sportswear.
Battle Builders, Inc. et al.  – **Accountant to Trustee** for a developer of residential homes.
Retailer Z, LLC   – **Accountant to Trustee** for a retail chain of textile stores.
PNI Technologies, Inc.  – **Accountant to Trustee** for a paging business.
Integra Holdings  – **Accountant to Trustee** a holding company with over $7 million in claims.
Stewart Finance Company **– Accountant to Trustee for** an operating finance company
Eriah Farms – **Accountant to Trustee** for a 6,000-acre peanut and cotton farming operation.
Specialty Equipment Rental, Inc – **Accountant to Trustee** for a heavy equipment rental co.
Eagle Acquisition Corp – C**ollection Agent for Secured Creditor**.
Custom Insurance Services, Inc.  – **Accountant to Trustee** for $20 million insurance agency.
IMS Group, Inc. – **Accountant to Trustee** for a motor distributor with $25 million in sales.
QOS Networks, Inc.  – **Accountant to Trustee** for a global networking company.
Associated Distributors, Inc.  – **Accountant to Trustee** a building materials retailer.
McLain Building Materials, Inc. – **Accountant to Trustee** for a building materials retailer.
Film Fabricators, Inc. – Accountant to Trustee for a plastics manufacturing company.
Leisure Time Casinos & Resorts – **Accountant to Trustee** for a gaming equipment company.

**Receivership, Special Master, Assignment & Other Cases**
Lighthouse Financial Partners, LLC – **Accountant and Consultant** to Receiver
SJK Investment Management – **Financial Consultant** to Receiver for $80 million hedge fund
The EPI Companies, LLC – **Accountant and Financial Consultant** to commercial printing
Echelon Development Company, LLC – **Receiver** for real estate development and golf course
Atlanta Hyundai – **Receiver** for a used car dealership
Nationwide Furniture – **Receiver** for a furniture retailer in Georgia
LaTour Partners – **Receiver** for a condominium conversion project in Georgia
Bonaparte Partners – **Receiver** for a condominium conversion project in Florida
Parish Economics **–Financial Consultant to R**eceiver in a $130 million securities fraud
AppForge, Inc – **Assignee** in intellectual property for software company.
Cornerstone Capital Management, LLC **– Financial Consultant to Receiver** in fraud case
Pinnacle Development Partners, LLC **– Financial Consultant in a** $62 securities offering.
Travis Correll et al – **Accountant and Consultant to Receiver** in $400 million fraud case.
Lake Dow Capital, LLC **– Accountant and Financial Consultant** to $25 million hedge fund.
Mobile Billboards of America et al. – **Accountant and Financial Consultant** to Receiver
J. Scott Eskind – **Accountant and Consultant** to Special Master for securities fraud case


**Memberships in Professional Associations**

Consultants in the firm are members of the following professional organizations and serve in the capacities identified:

American Bankruptcy Institute
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Insolvency & Restructuring Advisors –Mr. Hays serves on Board of Directors
California Receiver's Forum
Georgia Chapter, Certified Fraud Examiners
Georgia Society of Certified Public Accountants

International Association of Asset Recovery – Mr. Hays serves on Board of Advisors
National Association of Bankruptcy Trustees
National Association of Federal Equity Receivers
Society for Human Resource Management
Turnaround Management Association

## Billing Information

The firm charges reasonable hourly fees taking into account the time and value of services rendered. The firm maintains detailed descriptions and time is recorded in tenths of hours. The hourly rates of the firm's professionals by position are as follows:

| Position | Hourly Rate |
|---|---|
| Managing Director | $300.00-$400.00 |
| Director | $200.00-$300.00 |
| Manager | $150.00-$225.00 |
| Associates / Senior Assoc | $100.00-$175.00 |

Hourly fees are subject to annual adjustment in accordance with economic conditions. The firm may employ additional consultants or associates whose hourly rates will be determined in accordance with their qualifications.  Travel time is billed is billed at one-half of the firm's standard hourly rates.

## Expense Description

Out-of-pocket expenses incurred in connection with the provision of consulting services are charged to the client for reimbursement of the amount expended. These charges typically include: parking costs, record search fees by independent services, copy services, travel expenses, courier charges, overnight charges, and postage. The firm also charges for the following:

- Photocopies – billed at $0.15 per page
- Faxes – billed at $0.25 per page sent or received
- Travel – billed at 2013 IRS rate of  $0.565 per mile
- On Line Research – billed at actual cost

## Additional Information

Additional information on the cases listed above and copies of key documents are available on the Hays Financial Consulting, LLC web site at www.haysconsuting.net.

**EXHIBIT "B"**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TRADE AM INTERNATIONAL, INC., | : | CASE NO. 13-62588-MGD |
| | : | |
| Debtor. | : | |

**RULE 2014 VERIFICATION OF HAYS FINANCIAL CONSULTING, LLC
WITH REGARD TO EMPLOYMENT AS ACCOUNTANTS TO THE TRUSTEE**

I, S. Gregory Hays, hereby declare under penalty of perjury:

1. I am a managing principal of Hays Financial Consulting, LLC (the "Firm"), which maintains offices at 3343 Peachtree Road NE, Suite 200, Atlanta, Georgia 30326-1420. I make this Affidavit in support of the Application for Approval of Employment of Hays Financial Consulting, LLC, as Accountants to the Trustee.

2. To the best of the Firm's information and belief the Firm has no connection with and represents no interest adverse to Trade AM International, Inc. ("Debtor"), Debtor's creditors, other parties in interest, their respective attorneys, the Bankruptcy Judge in this case, the U.S. Trustee, or any person employed by the U.S. Trustee, with respect to the matters on which the Firm is to be employed.

3. The Firm has made a reasonable effort to discover the possibility of conflicts as described above. If the Firm discovers any information that is contrary to or supplemental to statements made herein, the Firm will promptly disclose such information to the Court and the U.S. Trustee.

4.	The Firm is not and was not a creditor, an equity security holder or an insider of Debtor.

5.	The Firm does not have an interest materially adverse to the interest of Debtor's bankruptcy estate, or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtor, or for any other reason.

6.	Accordingly, I believe the Firm is a "disinterested person" as that term is defined in section 101(14), as modified by section 1107(b) of the Bankruptcy Code.

7.	The foregoing constitutes the statement of the Firm pursuant to section 327 of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

Dated this 25th day of September, 2013.

/s/
S. Gregory Hays