

**IT IS ORDERED as set forth below:**

**Date: October 2, 2013**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TRADE AM, INTERNATIONAL, INC. | : | CASE NO. 13-62588-MGD |
| | : | |
| Debtor. | : | |

**ORDER**

The matter arose upon the application of S. Gregory Hays, Trustee, to retain Hays Financial Consulting, LLC to act as accountants for the estate. The authorization sought appears to be in the best interests of this estate. The U.S. Trustee has been served with the application; accordingly, it is hereby

ORDERED that pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Chapter 7 Trustee is hereby authorized to retain and appoint the firm of Hays Financial Consulting, LLC as Accountants to the Trustee in this case for the purposes and terms specified in the Application by the Chapter 7 Trustee For Approval of Employment of Hays Financial Consulting, LLC as Accountants for the Trustee for reasonable

compensation and reimbursement of expenses as the Court may award under applicable law after notice and hearing based upon an application to be filed in the case. There shall be no payments made or reimbursement of expenses to the firm of Hays Financial Consulting, LLC without Court approval pursuant to applicable law.

This Order is entered subject to the objection of the United States Trustee, which objection must be filed with the Clerk and served upon the undersigned Trustee within twenty-one (21) days of the entry of this Order.

**[END OF DOCUMENT]**

**Prepared and presented by:**

\_\_\_/s_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Street, N.E.
Suite 200
Atlanta, Georgia 30326-1420
(404) 926-0060

## **Distribution List**

Office of the U. S. Trustee
Room 362
75 Spring Street, SW
Atlanta, GA 30303

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th St. NW, Ste. 2100
Atlanta, GA 30363


Trade Am International,
Inc.
3579 Castlegate Dr. NW
Atlanta, GA 30327

Edwin K. Palmer
PO Box 1284
Decatur, GA 30031