IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-62588-MGD |
| | ) | |
| TRADE AM INTERNATIONAL, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**APPLICATION FOR AUTHORITY TO INCUR
AND PAY ADMINISTRATIVE EXPENSE**

COMES NOW, S. Gregory Hays as interim Chapter 7 Trustee ("Trustee") in the above-captioned matter who submits this application for authority to incur and pay the administrative expense described herein, as follows:

1. On June 6, 2013, this case was commenced by the filing of an involuntary petition for relief against Trade AM International, Inc. (the "Debtor").

2. On August 6, 2013, the Court entered an Order for Relief in Involuntary Case (Doc. No. 35) (the "Order"). Among other things, the Order directs the Debtor to comply with Rules 1007(a)(2), (b)(1), and (c) of the Federal Rules of Bankruptcy Procedure by filing the requisite documents.

3. On August 7, 2013, the United States Trustee filed notice of appointment of Trustee as interim trustee and scheduled the section 341(a) meeting of creditors September 4, 2013(Doc. No. 37).

4. On August 29, 2013, several parties filed notice of their intention to elect a trustee at the section 341 meeting (Doc. No. 41).

5. No one appeared on behalf of the Debtor at the section 341 meeting.

6. The United States Trustee was unable to convene the section 341 meeting or conduct the requested election because the Debtor has not filed a list of creditors, as required by Federal Rule of Bankruptcy Procedure 1007(a)(2) and as ordered by the Court. Accordingly, the Debtor's creditors, other than those involved in the filing of the involuntary petition, have not received notice of the commencement of the case and notice of the section 341 meeting and have not had an opportunity to file a proof of claim and otherwise qualify to vote for a candidate for trustee.

7. The administration of this case has been severely hampered by the Debtor's failure to fulfill its duties under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure and failure to obey a lawful order of this Court.

8. On September 9, 2013, the United States Trustee filed its *Motion to Designate Debtor Representative and Compel Compliance with Statutes, Rules, and Court Order* (the "Motion to Compel")(Doc. No. 43) and requested the Court to enter an order designating one or more individuals to perform the Debtor's duties and directing the Debtor, by and through the designated individual(s) to perform its duties by a date certain.

9. At the hearing on the Motion to Compel held on October 8, 2013, the

Trustee was designated as the responsible party to (a) prepare and file the list of creditors required by Federal Rule of Bankruptcy Procedure 1007(a)(2); (b) prepare and file the schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and a statement of financial affairs required by Rules 1007(b)(1) and (c).

10. Applicant wishes to employ at the minimum three former employees of the Debtor corporation at the following hourly rates:

| | |
|---|---|
| Mahesh Kommajousala | $100.00 |
| Vivek Vakare | $100.00 |
| Sam Murthy Bharath | $200.00 |

11. The professional services which these former employees are to render include the access to Debtor's servers and recovery of corporate data and financial records to enable the Trustee to prepare (a) the Debtor's list of creditors, statements and schedules, (b) any outstanding tax returns, (c) research information regarding claims of the estate, and (d) such other work as may be indicated by the Applicant's analysis of the Debtor and the Estate.

12. Applicant estimates the costs for the recovery of the corporate data and financial records will be $2,000.00 but request authority to incur up to $5,000.00 without further court approval. Trustee may also need to employ Nick Howard, former CFO of the Debtor without further application unless the overall cost will exceed $5,000.00.

13. Pursuant to 11 U.S.C. §503, Applicant seeks permission of the Court to pay this administrative expense as it comes due without further order of the Court.

5990846v1

WHEREFORE, Applicant prays that he is authorized to incur and pay these and other necessary expenses as required in connection with this case and for such other and further relief as the Court deems just and proper.

          ARNALL GOLDEN GREGORY LLP

          By: /s/ Neil C. Gordon
              Georgia Bar No. 302387
          Attorneys for Chapter 7 Trustee

171 17th Street, N.W.
Suite 2100
Atlanta, Georgia  30363-1031
(404) 870-5643
neil.gordon@agg.com

5990846v1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing *Application for Authority to Incur and Pay Administrative Expense* by depositing same in the United State Mail, postage prepaid and addressed to all parties below listed:

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting
Suite 200
3343 Peachtree Street, NE
Atlanta, Georgia 30325-1420

Matthew R. Brooks
Troutman Sanders LLP
Suite 5200
600 Peachtree Street
Atlanta, GA 30308

Andrew N. Capezzuto
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, GA 30305

Wayne M. Greenwald
26th Floor
475 Park Avenue
New York, NY 10016

William R. Joiner
Mitchell and Shapiro LLP
One Securities Center - Suite 650
3490 Piedmont Road
Atlanta, GA 30305

Michael J. King
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, GA 30305

John M. McGovern
McGovern Law Firm
7000 Miller Court East
Norcross, GA 30071

G. Frank Nason, IV
Lamberth, Cifelli, Stokes Ellis & Nason
Ste 550
3343 Peachtree Rd., NE
Atlanta, GA 30326

William Russell Patterson
Ragsdale Beals Seigler Patterson & Gray
2400 International Tower
229 Peachtree Street NE
Atlanta, GA 30303-1629

Christopher D. Phillips
Lamberth, Cifelli, Stokes, Ellis & Nason
Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326-1022

William L. Rothschild
Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street, S.W.
Atlanta, GA 30303-3424

5990846v1

Lydia J. Sartain
Stewart Melvin & Frost, LLP
P O Box 3280
Gainesville, GA 30503

J. Douglas Stewart
Stewart, Melvin & Frost
6th Flr - Hunt Tower - 200 Main St
PO Box 3280
Gainesville, GA 30503

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031

Trade AM International, Inc.
3579 Castlegate Drive, NW
Atlanta, GA 30327

John D. Elrod
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, GA 30305

Henry F, Sewell, Jr.
McKenna Long & Aldridge LLP
303 Peachtree Street NE, Suite 5300
Atlanta, GA 30308

This 9th day of October, 2013.

ARNALL GOLDEN GREGORY LL

By:  */s/ Neil C. Gordon*
Neil C. Gordon, Ga. Bar No. 302387
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Phone:  404-873-8500
Email:  neil.gordon@agg.com

Attorneys for Chapter 7 Trustee
S. Gregory Hays

5990846v1