**IT IS ORDERED as set forth below:**



**Date: October 9, 2013**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 13-62588-MGD** |
| | ) | |
| **TRADE AM INTERNATIONAL, INC.,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING APPLICATION FOR AUTHORITY
TO INCUR AND PAY ADMINISTRATIVE EXPENSE**

This matter came before the Court on the *Application for Authority to Incur and Pay Administrative Expense* [Docket No. 56] (the "Application") filed by S. Gregory Hays, interim Chapter 7 Trustee for the bankruptcy estate of Trade AM International, Inc. (the "Trustee. The Application having been read and considered, with no adverse interest being represented, it is hereby

5990841v1

ORDERED that the Trustee's Application is GRANTED pursuant to the terms set forth therein.

[END OF DOCUMENT]

Prepared and presented:

ARNALL GOLDEN GREGORY LLP

By: */s/ Neil C. Gordon*
    Neil C. Gordon
    Ga. Bar No. 302387
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Tel. 404.873.8500
Neil.Gordon@agg.com

## DISTRIBUTION LIST

Neil C. Gordon, Esq.
Arnall Golden Gregory, LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1301

Office of United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting
Suite 200
3343 Peachtree Street, NE
Atlanta, Georgia 30325-1420

Matthew R. Brooks
Troutman Sanders LLP
Suite 5200
600 Peachtree Street
Atlanta, GA 30308

Andrew N. Capezzuto
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, GA 30305

Wayne M. Greenwald
26th Floor
475 Park Avenue
New York, NY 10016

William R. Joiner
Mitchell and Shapiro LLP
One Securities Center - Suite 650
3490 Piedmont Road
Atlanta, GA 30305

Michael J. King
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, GA 30305

John M. McGovern
McGovern Law Firm
7000 Miller Court East
Norcross, GA 30071

G. Frank Nason, IV
Lamberth, Cifelli, Stokes Ellis & Nason
Ste 550
3343 Peachtree Rd., NE
Atlanta, GA 30326

William Russell Patterson
Ragsdale Beals Seigler Patterson & Gray
2400 International Tower
229 Peachtree Street NE
Atlanta, GA 30303-1629

Christopher D. Phillips
Lamberth, Cifelli, Stokes, Ellis & Nason
Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326-1022

William L. Rothschild
Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street, S.W.
Atlanta, GA 30303-3424

Lydia J. Sartain
Stewart Melvin & Frost, LLP
P O Box 3280
Gainesville, GA 30503

5990841v1

J. Douglas Stewart
Stewart, Melvin & Frost
6th Flr - Hunt Tower - 200 Main St
PO Box 3280
Gainesville, GA 30503

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031

Trade AM International, Inc.
3579 Castlegate Drive, NW
Atlanta, GA 30327

John D. Elrod
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, GA 30305

Henry F, Sewell, Jr.
McKenna Long & Aldridge LLP
303 Peachtree Street NE, Suite 5300
Atlanta, GA 30308

5990841v1