**IT IS ORDERED as set forth below:**



**Date: October 10, 2013**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| **TRADE AM INTERNATIONAL, INC.**, | ) | CASE NO. **13-62588-MGD** |
| | ) | |
| DEBTOR. | ) | |

**ORDER DESIGNATING PERSON RESPONSIBLE
FOR PREPARING CREDITOR LIST, SCHEDULES, AND STATEMENTS**

The United States Trustee's Motion to Designate Debtor Representative and Compel Compliance with Statutes, Rules, and Court Order (Doc. No. 43) came on for hearing October 8, 2013. The following attorneys and parties entered an appearance: Jeneane Treace; Neil C. Gordon; S. Gregory Hays; Russell Patterson; G. Frank Nason; John M. McGovern; Henry Sewell; William L. Rothschild; and Matthew Brooks. Upon review of the file and consideration of the comments of the parties, it is hereby

ORDERED that the chapter 7 trustee, S. Gregory Hays, shall be responsible for

preparing and filing the list of creditors required by Federal Rule of Bankruptcy Procedure 1007(a)(2); and it is further

ORDERED that that the chapter 7 trustee, S. Gregory Hays, shall be responsible for preparing and filing the schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and a statement of financial affairs required by Rules 1007(b)(1) and (c); and it is further

ORDERED that the trustee may delegate these tasks to be performed by his accounting firm, Hays Financial Consulting, LLC, and it is further

ORDERED that, after the list of creditors is filed, the Clerk of Court shall serve notice of the rescheduled meeting of creditors upon all creditors and parties in interest.

[END OF DOCUMENT]

Order prepared by:

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia   30303
(404) 331-4437
*jeneane.treace@usdoj.gov*

## DISTRIBUTION LIST

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Matthew R. Brooks
Troutman Sanders LLP
Suite 5200
600 Peachtree Street
Atlanta, GA 30308

Andrew N. Capezzuto
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, GA 30305

Wayne M. Greenwald
26th Floor
475 Park Avenue
New York, NY 10016

William R. Joiner
Mitchell and Shapiro LLP
One Securities Center - Suite 650
3490 Piedmont Road
Atlanta, GA 30305

Michael J. King
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, GA 30305

John M. McGovern
McGovern Law Firm
7000 Miller Court East
Norcross, GA 30071

G. Frank Nason, IV
Lamberth, Cifelli, Stokes Ellis & Nason
Ste 550
3343 Peachtree Rd., NE
Atlanta, GA 30326

William Russell Patterson
Ragsdale Beals Seigler Patterson & Gray
2400 International Tower
229 Peachtree Street NE
Atlanta, GA 30303-1629

Christopher D. Phillips
Lamberth, Cifelli, Stokes, Ellis & Nason
Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326-1022

William L. Rothschild
Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street, S.W.
Atlanta, GA 30303-3424

Lydia J. Sartain
Stewart Melvin & Frost, LLP
P O Box 3280
Gainesville, GA 30503

J. Douglas Stewart
Stewart, Melvin & Frost
6th Flr - Hunt Tower - 200 Main St
PO Box 3280
Gainesville, GA 30503

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031

Trade AM International, Inc.
3579 Castlegate Drive, NW
Atlanta, GA 30327

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326-1420

John D. Elrod
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, GA 30305

Henry F, Sewell, Jr.
McKenna Long & Aldridge LLP
303 Peachtree Street NE, Suite 5300
Atlanta, GA 30308

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031