## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-62588-MGD |
| | ) | |
| TRADE AM INTERNATIONAL, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### TRUSTEE'S STATUS REPORT

S. Gregory Hays ("Trustee"), the Chapter 7 Trustee for the bankruptcy estate of Trade Am International, Inc. ("Debtor") files this *Trustee's Status Report* to update the Court on his efforts to prepare the Debtor's schedules pursuant to the *Order Designating Person Responsible for Preparing Creditor List, Schedules, and Statements* [Docket No. 58] (the "Designation Order"), entered on October 10, 2013 directing the Trustee to prepare the Debtor's bankruptcy schedules.

1.      On June 6, 2013 (the "Petition Date"), certain creditors of Debtor commenced the above-captioned bankruptcy case (the "Case") by the filing of an involuntary Chapter 7 petition for relief against the Debtor.

2.      On August 6, 2013, the Court entered an Order for Relief in the Case [Docket No. 35] (the "Order").  Among other things, the Order directs the Debtor to comply with Rules 1007(a)(2), (b)(1), and (c) of the Bankruptcy Rules by filing the requisite documents.

3.      On August 7, 2013, the United States Trustee filed notice of appointment of Trustee as interim trustee and scheduled the Section 341(a) meeting of creditors on September 4, 2013 [Docket No. 37].  On August 29, 2013, several parties filed notice of their intention to elect a trustee at the Section 341 meeting [Docket No. 41].

4.      No one appeared on behalf of the Debtor at the Section 341 meeting.

6044715v1

5.      The United States Trustee was unable to convene the Section 341 meeting or conduct the requested election because the Debtor has not filed a list of creditors, as required by Rule 1007(a)(2) of the Bankruptcy Rules and as ordered by the Court.  Accordingly, the Debtor's creditors, other than those involved in filing the involuntary petition in this Case, have not received notice of the commencement of the Case and notice of the Section 341 meeting, and have not had an opportunity to file a proof of claim and otherwise qualify to vote for a candidate for a permanent trustee.

6.      The administration of this Case has been severely hampered by the Debtor's failure to fulfill its duties under the Bankruptcy Code and the Bankruptcy Rules, and the Debtor's failure to obey an order of this Court.

7.      On October 10, 2013, the Court entered the Designation Order, which designated Trustee as the responsible person to file Debtor's list of creditors, schedules, and statements of financial affairs. The Designation Order provides that the Trustee could employ his accountants to assist in preparing the Debtor's Schedules.

8.      Prior to the Petition Date, the business records and computers of the Debtor were stored at the residence of Mr. Ajay Loiwal ("Loiwal") for approximately three years. Loiwal was the former President of the Debtor and is currently the principal of alleged secured creditor Jupiter IL, LLC ("Jupiter"). Due to the difficultly in scheduling the inspection and review of the Debtor's electronic records, the Trustee moved the accounting servers and some of the most recent business records from Loiwal's residence to the Trustee's offices.

9.      In an effort to obtain an electronic list of unsecured creditors, the Trustee engaged three former IT employees of Debtor to attempt to get the Debtor's accounting servers operating. On October 21, 2013, former employees of Debtor came to Trustee's office and attempted to

reboot the accounting servers.  Due to the age and state of the equipment, the former employees were unable to boot the servers. The Trustee paid the former employees a total of $1,211.00 from his firm.

10.    After the effort to get the creditor information off the accounting servers failed, the Trustee, on the advice of the Debtor's former employees, obtained a backup hard drive from the Loiwal residence.  The Trustee reviewed the hard drive for a schedule of all outstanding payables, but the search to date has been unsuccessful in identifying a list of payables or other information to assist the Trustee in preparing the Debtor's schedules. Much of the data on the backup drive related to the period from 2004 to 2008, and there was a dearth of information for the period from 2009 to the fall of 2010 when the Debtor shut down operations.

11.    After attempting to obtain the data on the backup hard drive, the Trustee turned his attention to reviewing the hard copies of files he retrieved from the Loiwal residence including the payables files, collections notices, unopened mail, and other documentation to create a list of creditors to file a schedule of unsecured creditors. The Debtor's business records are not well organized and were not maintained in an orderly fashion after the Debtor shut down in the fall of 2010. For example, most of the mail from 2011 to current time was unopened. Moreover, there are files of payables marked "Not Entered in Oracle," which was the Debtor's accounting server. In addition, the Debtor's former CFO, Nick Howard, provided information on professional creditors that were not included on payables reports.  As a result, reconciling the Debtor's available books and records has been a tedious process to find creditors and their addresses and make certain that the Trustee has a complete list of creditors.

12.    Attached to this Status Report as Exhibit "A" is a preliminary draft of the Excel file that contains the information the Trustee has obtained to date.  After this is completed, the

Trustee will import this data into Bankruptcy Schedule F for Creditors Holding Unsecured Non-priority Claims.  Total claims on this preliminary schedule indicate that there are approximately $21 million in non-priority unsecured claims, but the Trustee continues to search mail, collection notices, bank records, and other information to add creditors to the list of unsecured creditors and liquidate the amount of such claims.  In addition, the Trustee has provided this report to Loiwal and Nick Howard for comments and corrections.

13.     The Trustee has also obtained and reviewed copies of various bank records of the Debtor.  The Trustee plans to use these records to supplement the list of creditors and identify account numbers and addresses.

14.     The Trustee has requested a transcript from the IRS to identify any possible tax claims. The Debtor has not filed Tax Returns since 2007, and the Trustee will need to file tax returns for years 2008, 2009, 2010, 2011 and 2012.

15.     Various state and local taxing authorities have mailed collection notices, but the Trustee does not currently have a complete list of potential taxes payable. The Trustee is attempting to identify all taxing authorities to include in the Debtor's schedules.

16.     The Trustee continues to work to verify information to prepare the Debtor's schedules and has sent Rule 2004 document production requests to several creditors and parties in interest as well as requests to former law firms of the Debtor for the turnover of documents.

Dated: November 13, 2013.

Respectfully submitted,

ARNALL GOLDEN GREGORY, LLP

By: /s/ Neil C. Gordon
Neil C. Gordon, Ga. Bar No. 302387
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031
Phone: (404) 873-8500
Fax: (404) 873-8501
neil.gordon@agg.com

*Attorneys for Chapter 7 Trustee*

EXHIBIT A

**TRADE AM INTERNATIONAL, INC.**

**Preliminary Schedule of Unsecured Creditors**

| Claim# | Creditor | Estimated Scheduled Claim | Source of Information | Description |
|---|---|---|---|---|
|  | MAH International | 16,310,000.00 | Per letter dated 11/19/08 | AR Collections |
| 1 | Pallett Express Inc | 9,106.30 | Claims Register | Pallets |
| 2 | Agrawal Investments, LP | 1,786,355.95 | Claims Register | Mutual fund consultant |
| 3 | AmericasMart Real Estate, LLC | 528,335.47 | Claims Register | Showroom |
| 4 | Tianjin Longxing (Group) LTD | 664,822.07 | Claims Register | Carpets |
| 5 | IHE, Inc. | 8,363.24 | Claims Register |  |
| 6 | Emdee International Enterprises, Inc. | 79,146.25 | Claims Register | Rugs |
| 7 | LIT/Hodges Industrial Trust | 607,209.53 | Claims Register | Office lease |
|  |  |  |  |  |
|  | 1st Priority Services Inc | 6,135.86 | AP Trial Balance as of 2/8/11 | Printing |
|  | ACS | 1,712.55 | AP Trial Balance as of 2/8/11 | Sunbelt |
|  | Actio Alarms Inc | 540.00 | AP Trial Balance as of 2/8/11 | Monitoring station for 6580 Jimmy Carter Blvd |
|  | Active Temporaries LTD | 676.50 | AP Trial Balance as of 2/8/11 | NYC Showroom |
|  | AFLAC | 1,078.02 | AP Trial Balance as of 2/8/11 | September insurance |
|  | Air Freight Atlanta, Inc | 5,630.06 | AP Trial Balance as of 2/8/11 | misc airbills |
|  | Alison Dillen | 415.00 | AP Trial Balance as of 2/8/11 | Graphic designer |
|  | All About Trucking LLC | 300.00 | AP Trial Balance as of 2/8/11 | Freight |
|  | American Express | 32,907.67 | AP Trial Balance as of 2/8/11 | Ashutosh Ladha / Ashutosh Ladha & Ajay Loiwal |
|  | Americas Mart - Atlanta | 5,376.00 | AP Trial Balance as of 2/8/11 | SEC deposit billing |
|  | Aquent | 2,152.80 | AP Trial Balance as of 2/8/11 | Staffing |
|  | Archangel Alarm Services | 175.13 | AP Trial Balance as of 2/8/11 | Past due & current monthly fees |
|  | Archway Marketing | 309.31 | AP Trial Balance as of 2/8/11 | Fulfillment |
|  | AT&T | 17,946.84 | AP Trial Balance as of 2/8/11 | Cellphones |
|  | Atlas Sales & Leasing Inc. | 90.00 | AP Trial Balance as of 2/8/11 | Shipping containers |
|  | Banc of America Leasing | 808.98 | AP Trial Balance as of 2/8/11 | Minolta Bizhub 350 copier lease |
|  | Bestway Storage Trailers Inc | 2,725.00 | AP Trial Balance as of 2/8/11 | Trailer rental |
|  | Bexley at Lake Norman | 123.96 | AP Trial Balance as of 2/8/11 | Balance on Lake Norman apt rent |
|  | Bureau Veritas | 1,225.00 | AP Trial Balance as of 2/8/11 | Testing, inspection, certification |
|  | C&P Door Service Inc | 2,311.20 | AP Trial Balance as of 2/8/11 | Repair of dock doors-Berkley Lake |
|  | C H Powell Company | 2,915.00 | AP Trial Balance as of 2/8/11 | ISF filings - freight |
|  | C W Greene Inc | 3,121.20 | AP Trial Balance as of 2/8/11 | Fire alarm work-NYC Showroom |
|  | Campbell & Levine LLC | 1,096.00 | AP Trial Balance as of 2/8/11 | Toppers Advolite - legal |
|  | Carolina Handling | 23,927.74 | AP Trial Balance as of 2/8/11 | Freight |
|  | Cintas First Aid & Safety | 212.99 | AP Trial Balance as of 2/8/11 | First Aid Supplies |
|  | CIT Technology Financing Services, Inc | 2,865.24 | AP Trial Balance as of 2/8/11 | Konica Minolta copier lease |
|  | CMA-CGM (America) LLC | 428.00 | AP Trial Balance as of 2/8/11 | Freight |
|  | Commerce Technologies, Inc | 623.50 | AP Trial Balance as of 2/8/11 | License fee |
|  | Cook's Pest Control | 712.00 | AP Trial Balance as of 2/8/11 | Berkley Lake/Jimmy Carter Blvd |
|  | Creative Staffing | 2,200.00 | AP Trial Balance as of 2/8/11 | Staffing |
|  | Crystal Springs Water Co | 10.00 | AP Trial Balance as of 2/8/11 | Water |
|  | D&D Electrical | 850.00 | AP Trial Balance as of 2/8/11 | Electrical services |

**TRADE AM INTERNATIONAL, INC.**

**Preliminary Schedule of Unsecured Creditors**

| Claim# | Creditor | Estimated Scheduled Claim | Source of Information | Description |
|---|---|---|---|---|
| | Damco Customs Services Inc | 815.00 | AP Trial Balance as of 2/8/11 | Customs house brokerage |
| | Dial Courier Services Inc | 178.50 | AP Trial Balance as of 2/8/11 | Mineola Li |
| | Driveline Retail Services LLC | 6,532.18 | AP Trial Balance as of 2/8/11 | Staffing |
| | Esquire Deposition Service LLC | 1,821.15 | AP Trial Balance as of 2/8/11 | Depositions |
| | Exeter Property Group | 3,750.00 | AP Trial Balance as of 2/8/11 | Jan 2010 Rent |
| | Federal Express | 94,897.41 | AP Trial Balance as of 2/8/11 | Shipping |
| | Fedex Trade Networks | (280.00) | AP Trial Balance as of 2/8/11 | Intl freight forwarding |
| | Frazier & Deeter LLC | 5,000.00 | AP Trial Balance as of 2/8/11 | CPA's |
| | G Wright Varn | 406.41 | AP Trial Balance as of 2/8/11 | Employee – Sept 2010 Commission |
| | GXS | 12,863.09 | AP Trial Balance as of 2/8/11 | Procurement, warehouse management |
| | Holland, Jones & Schwartz LLP | 162,655.27 | AP Trial Balance as of 2/8/11 | Legal |
| | IHFC Properties LLC | 137.16 | AP Trial Balance as of 2/8/11 | Utilities for non-market activities |
| | Inovis, Inc | 3,380.00 | AP Trial Balance as of 2/8/11 | 2010 annual maintenance – software |
| | Intercall | 574.81 | AP Trial Balance as of 2/8/11 | Conference calling |
| | Internal Revenue Service | 2,225.00 | AP Trial Balance as of 2/8/11 | |
| | Iron Data Solutions Inc | 2,987.77 | AP Trial Balance as of 2/8/11 | Process management |
| | J Walker Holland | 7,968.75 | AP Trial Balance as of 2/8/11 | Qtr Interest |
| | Jackson EMC | 13,687.39 | AP Trial Balance as of 2/8/11 | Electricity |
| | Kaiser Permanente of Georgia | 17,804.20 | AP Trial Balance as of 2/8/11 | Sept 2010 Medical Insurance |
| | Kantor, Davidoff, Wolfe, Mandelker, Twomey & G | 869.35 | AP Trial Balance as of 2/8/11 | Tianjin Longqing v. GMAC |
| | Kaycee Inc | 41,973.62 | AP Trial Balance as of 2/8/11 | Sewing |
| | King & Spalding, LLP | 21,431.78 | AP Trial Balance as of 2/8/11 | Legal |
| | Konica Minolta Business Systems | 8,165.91 | AP Trial Balance as of 2/8/11 | Minolta Model Di551 |
| | Lao & Associates PC | 231.25 | AP Trial Balance as of 2/8/11 | Lynne M Williams - Legal |
| | Lionbridge (Canada), Inc | 170.00 | AP Trial Balance as of 2/8/11 | Translation services |
| | Manju Ladha | 6,375.00 | AP Trial Balance as of 2/8/11 | Qtr Interest |
| | Met Life | 1,242.15 | AP Trial Balance as of 2/8/11 | Sept 2010 Dental Insurance |
| | Metro Trailer Leasing | 42,697.99 | AP Trial Balance as of 2/8/11 | Equipment leasing |
| | Mitel Leasing | 3,860.85 | AP Trial Balance as of 2/8/11 | Phone/video systems |
| | Mitel Technologies | 215.00 | AP Trial Balance as of 2/8/11 | Installed T-1 |
| | Mitsui Sumitomo Insurance Group | 1,704.52 | AP Trial Balance as of 2/8/11 | Policy cancelled 5/28/10 |
| | Mobile Mini, Inc. | 130.00 | AP Trial Balance as of 2/8/11 | Storage containers |
| | Mutual of Omaha Ins Co | 3,671.81 | AP Trial Balance as of 2/8/11 | Life Ins 2/09 and 9/10 |
| | Netserv Applications | 60,840.00 | AP Trial Balance as of 2/8/11 | IT Services |
| | New London Press & Communications | 999.30 | AP Trial Balance as of 2/8/11 | Marketing |
| | Nova Transportation Services Inc | 2,835.00 | AP Trial Balance as of 2/8/11 | Kohl's Goods relabel - freight |
| | NYC Fire Department | 105.00 | AP Trial Balance as of 2/8/11 | NYC Showroom |
| | Old Time Pottery, Inc | 510.00 | AP Trial Balance as of 2/8/11 | Return of customer deposit |
| | Oliver Staffing, Inc. | 1,382.13 | AP Trial Balance as of 2/8/11 | NYC temp labor |
| | Orkin Pest Control | 1,838.72 | AP Trial Balance as of 2/8/11 | Pest control |
| | PC Connecton Sales Corp | 1,683.45 | AP Trial Balance as of 2/8/11 | Computer equipment |

**TRADE AM INTERNATIONAL, INC.**

**Preliminary Schedule of Unsecured Creditors**

| Claim# | Creditor | Estimated Scheduled Claim | Source of Information | Description |
|---|---|---|---|---|
| | Phoenix-PDQ | 23,542.80 | AP Trial Balance as of 2/8/11 | Freight |
| | Pratt Corporation | 8,316.75 | AP Trial Balance as of 2/8/11 | Graphics |
| | Preferred Choice Staffing | 1,519.88 | AP Trial Balance as of 2/8/11 | Staffing |
| | Professional Testing Laboratory, Inc | 4,096.00 | AP Trial Balance as of 2/8/11 | Rug testing |
| | R&M Cleaning Service | 81,970.09 | AP Trial Balance as of 2/8/11 | Cleaning services |
| | Raymond Leasing Corporation | 19,953.67 | AP Trial Balance as of 2/8/11 | Lift truck lease and Gwinnett Taxes |
| | S&G Financial | 500.00 | AP Trial Balance as of 2/8/11 | Payments for Conroy Logistics |
| | Sabare SCM Solution Inc | 35,951.60 | AP Trial Balance as of 2/8/11 | Financial services |
| | Scan Q | 1,435.00 | AP Trial Balance as of 2/8/11 | Technical support |
| | Southeastern Freight Lines | 314.76 | AP Trial Balance as of 2/8/11 | Freight – Lowes/Continental Products of Dalton |
| | Sprint | 317.66 | AP Trial Balance as of 2/8/11 | Phone |
| | State Sprinkler Company Inc | 600.00 | AP Trial Balance as of 2/8/11 | Berkeley Lake Rd sprinklers |
| | Stefano Ferrano | 11,000.00 | AP Trial Balance as of 2/8/11 | Artwork 11 designs |
| | Taylor Gas Inc | 199.21 | AP Trial Balance as of 2/8/11 | Gas service |
| | The Head Injury Association Inc | 7,500.00 | AP Trial Balance as of 2/8/11 | BBB annual donation |
| | Total Laser Care Inc | 318.00 | AP Trial Balance as of 2/8/11 | Toner |
| | Transmerica Occidental Life Ins Co | 9,190.00 | AP Trial Balance as of 2/8/11 | Ashutosh Ladha 42017970 |
| | Twomey, Hoppe & Gallanty LLP | 1,000.00 | AP Trial Balance as of 2/8/11 | Tianjin partial payment of 14686.77 |
| | United Parcel Service | 26,765.36 | AP Trial Balance as of 2/8/11 | Shipping |
| | UPS Freight | 3,139.42 | AP Trial Balance as of 2/8/11 | Freight |
| | UPS Supply Chain Solutions | 1,785.88 | AP Trial Balance as of 2/8/11 | Freight |
| | USCIS | 3,320.00 | AP Trial Balance as of 2/8/11 | H-1B petition for Lynne Meredith-Williams |
| | Verizon | 871.96 | AP Trial Balance as of 2/8/11 | NYC showroom-final bill |
| | Verizon Wireless | 440.69 | AP Trial Balance as of 2/8/11 | Cellphones |
| | Waste Management of Atlanta | 9,468.63 | AP Trial Balance as of 2/8/11 | Garbage – Berkeley Lake |
| | YRC (RDWY) Worldwide Inc | 2,453.11 | AP Trial Balance as of 2/8/11 | Freight |
| | Zig Zag Incorporated | 299.10 | AP Trial Balance as of 2/8/11 | Fill decorative pillows |
| | AFLAC | 40.00 | Invoices not entered into Oracle | December 2010 Insurance |
| | AFLAC | 40.00 | Invoices not entered into Oracle | January 2011 Insurance |
| | AT&T | 6,498.90 | Invoices not entered into Oracle | 6580 Jimmy Carter 770-326-7702 ATTLDS Services-24 month term |
| | AT&T Mobility | 2,939.00 | Invoices not entered into Oracle | |
| | AT&T | - | Invoices not entered into Oracle | Phones |
| | AT&T | (1,045.50) | Invoices not entered into Oracle | Phones |
| | Avery Dennison Hong Kong | 795.40 | Invoices not entered into Oracle | JC Penney Co – ICE |
| | Bureau of Customs & Border Protection | 2,177.25 | Invoices not entered into Oracle | |
| | CEO Business Centers | 150.00 | Invoices not entered into Oracle | |
| | CEO Business Centers | 150.00 | Invoices not entered into Oracle | |
| | Commerce Technologies | 153.00 | Invoices not entered into Oracle | License fee |
| | Damco Customs Services Inc | 70.00 | Invoices not entered into Oracle | Customs House Brokerage |
| | FP Mailing Solutions | 215.60 | Invoices not entered into Oracle | |

**TRADE AM INTERNATIONAL, INC.**

**Preliminary Schedule of Unsecured Creditors**

| Claims# | Creditor | Estimated Scheduled Claim | Source of Information | Description |
|---|---|---|---|---|
| | Intertrade Systems Inc | 125.00 | Invoices not entered into Oracle | |
| | Konica Minolta Business Systems | 261.71 | Invoices not entered into Oracle | Copier Model DI551 |
| | Konica Minolta Business Systems | 261.71 | Invoices not entered into Oracle | Copier Model DI551 |
| | Konica Minolta Business Systems | 261.71 | Invoices not entered into Oracle | Copier Model DI551 |
| | MetLife Group Benefits | 844.38 | Invoices not entered into Oracle | Dental Insurance |
| | Mitel Leasing | 11746.48 | Invoices not entered into Oracle | Phone/video systems |
| | US Customs & Border Protection | 2,166.55 | Invoices not entered into Oracle | |
| | | - | | |
| | 1st Priority Business Services | 11,733.26 | Collection letters | |
| | AT&T | 1,906.27 | Collection letters | |
| | AT&T Boutique | 3,705.83 | Collection letters | |
| | AT&T | 2,232.45 | Collection letters | |
| | AT&T Mobility | 3,444.42 | Collection letters | |
| | AT&T | 284.91 | Collection letters | |
| | Banc of America Leasing and Capital LLC | 4,312.83 | Collection letters | |
| | Baoding Mao Mei Carpets Company LTD | 470,357.12 | Collection letters | |
| | BV Shanghai | 1,887.63 | Collection letters | |
| | Carolina Handling | | Collection letters | |
| | CIT Technology Financing Service Inc | 6,296.70 | Collection letters | Konica Minolta Bizhub C450 copier-remainder of lease |
| | CIT Technology Financing Service Inc | 12,330.24 | Collection letters | Konica C341 copier-remainder of lease |
| | Genco Supply Chain Solutions | 2,401.83 | Collection letters | |
| | Global Exchange Services | 30,238.09 | Collection letters | |
| | GXS | 15,750.00 | Collection letters | Buyout/early termination of contract 11/10 - 7/11 |
| | Harleysville Insurance Group | 8,543.08 | Collection letters | |
| | Inter-tel Lease | 8,938.99 | Collection letters | |
| | Kaycee Inc | 63,637.97 | Collection letters | |
| | Konica Minolta Business Systems | 1,303.11 | Collection letters | Minota Model DI551 |
| | Liberty Mutual - Eastern | 3,706.00 | Collection letters | |
| | Mitel Networks Inc | 755.00 | Collection letters | |
| | Southeastern Freight | 89.70 | Collection letters | |
| | UPS | 17,951.33 | Collection letters | |
| | UPS | 1,893.52 | Collection letters | |
| | | - | | |
| Taxes | Gwinnett County Tax Commissioner | 8,302.75 | Tax bills | 2010 Property Tax - 6580 Jimmy Carter Blvd |
| | NJ Dept of Labor & Workforce Development | 11.10 | Tax bills | 2010 SUI |
| | NJ Dept of Labor & Workforce Development | 5.00 | Tax bills | 2010 SUI - add'l FUNT due |
| | Pennsylvania Dept of Labor | 50.00 | Tax bills | License fee - Bedding & Upholstery |
| | Utah Dept of Agriculture & Food | 130.00 | Tax bills | 2010 License Fee |
| | IRS | 367.38 | Tax bills | 3rd qtr 2010 Form 941 |

**TRADE AM INTERNATIONAL, INC.**

**Preliminary Schedule of Unsecured Creditors**

| Claim# | Creditor | Estimated Scheduled Claim | Source of Information | Description |
|--------|----------|---------------------------|-----------------------|-------------|
| IRS | | (56.71) | Tax bills | 2010 Form 940 |
| | | $ 21,619,888.24 | | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following parties with a true and correct

copy of the foregoing *Trustee's Status Report* by depositing same in the United States Mail,

postage prepaid, addressed to:

R. Jeneane Treace
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting
Suite 200
3343 Peachtree Street, NE
Atlanta, Georgia 30325-1420

Deutsche Bank AG Cayman Islands Branch
c/o Andrew N. Capezzuto
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305

William L. Rothschild
Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street, SW
Atlanta, Georgia 30303-4000

AmericasMart Real Estate, LLC
c/o Neal G. Patton, Esq.
240 Peachtree St., NW Suite 2200
Atlanta, Georgia 30303

IHE, Inc.
c/o Sharad Mittel
2522 Bentley Ridge Drive
San Jose, California 95138

Deutsche Bank AG Cayman Islands Branch
c/o John D. Elrod
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305

Trade AM International, Inc.
3579 Castlegate Drive, NW
Atlanta, Georgia 30327

John M. McGovern
McGovern Law Firm
7000 Miller Court East
Norcross, Georgia 30071

Emdee International, Inc.
c/o Deepa Dharamup
3595 Clearview Pkwy.
Atlanta, Georgia 30340

Tianjin Longxing (Group) Ltd.
c/o Po Chu
33-00 Northern Boulevard
Long Island, New York 11101

6044715v1

LIT/Hodges Industrial Trust
c/o Matthew R. Brooks
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Wayne M. Greenwald
26th Floor 475 Park Avenue
New York, NY 10016

Deutsche Bank AG Cayman Islands Branch
c/o Michael J. King
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305

William R. Joiner
Mitchell and Shapiro, LLP
One Securities Center – Suite 650
3490 Piedmont Road
Atlanta, GA 30305

Lydia J. Sartain
Stewart Melvin & Frost, LLP
Post Office Box 3280
Gainesville, GA  30503

J. Douglas Stewart
Stewart Melvin & Frost, LLP
Post Office Box 3280
Gainesville, GA  30503

G. Frank Nason, IV
Lamberth, Cifelli, Stokes, Ellis, & Nason
Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326

Christopher D. Phillips
Lamberth, Cifelli, Stokes, Ellis, & Nason
Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326

William Russell Patterson
Ragsdale, Beals, Seigler, Patterson, & Gray
2400  International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1629

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031

1

This 13th day of November, 2013.

/s/ Neil C. Gordon
Neil C. Gordon