## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-62588-MGD |
| | ) | |
| **TRADE AM INTERNATIONAL, INC.,** | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## TRUSTEE'S MOTION FOR AUTHORITY TO USE
## CASH COLLATERAL IN ORDER TO PAY CERTAIN TAX CLAIMS

S. Gregory Hays ("Trustee"), the Chapter 7 Trustee for the bankruptcy estate of Trade Am International, Inc. ("Debtor") files this *Trustee's Motion for Authority to Use Cash Collateral in Order to Pay Certain Tax Claims* (the "Motion") pursuant to Section 363 of the Bankruptcy Code and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") seeking entry of an order authorizing the Trustee to use the Insurance Proceeds (defined below) which *may* constitute the cash collateral of Jupiter IL, LLC ("Jupiter") and/or Deutsche Bank AG Cayman Islands Brach ("Deutsche") to pay the AMT Tax Claim (defined below), and in support thereof, respectfully shows this Court as follows:

### BACKGROUND

**General Background**

1.     On June 6, 2013 (the "Petition Date"), certain creditors of Debtor commenced the above-captioned bankruptcy case (the "Case") by the filing of an involuntary Chapter 7 petition for relief against the Debtor.

2.     On August 6, 2013, the Court entered an Order for Relief in the Case [Docket No. 35] (the "Order"). Among other things, the Order directs the Debtor to comply with Rules 1007(a)(2), (b)(1), and (c) of the Bankruptcy Rules by filing the requisite documents.

3.      On August 7, 2013, the United States Trustee filed notice of appointment of Trustee as interim trustee and scheduled the Debtor's Section 341(a) meeting of creditors on September 4, 2013 [Docket No. 37].

4.      On August 29, 2013, several parties filed notice of their intention to elect a trustee at the Section 341 meeting [Docket No. 41].

5.      No one appeared on behalf of the Debtor at the Debtor's Section 341 meeting.

6.      The United States Trustee was unable to convene the Section 341 meeting or conduct the requested election because the Debtor has not filed a list of creditors, as required by Rule 1007(a)(2) of the Bankruptcy Rules and as ordered by the Court.  Accordingly, the Debtor's creditors, other than those involved in filing the involuntary petition in this Case, have not received notice of the commencement of the Case and notice of the Section 341 meeting, and have not had an opportunity to file a proof of claim and otherwise qualify to vote for a candidate for a permanent trustee.

7.      The administration of this Case has been severely hampered by the Debtor's failure to fulfill its duties under the Bankruptcy Code and the Bankruptcy Rules, and the Debtor's failure to obey an order of this Court.

8.      On October 10, 2013, the Court entered its *Order Designating Person Responsible for Preparing Creditor List, Schedules, and Statements* [Docket No. 58] (the "Designation Order"), which designated Trustee as the responsible person to file Debtor's list of creditors, schedules, and statements of financial affairs.

9.      Since the Petition Date and the entry of the Designation Order, the Trustee has moved the Debtor's accounting servers and some of the most recent business records from the residence of the former President of the Debtor, Mr. Ajay Loiwal ("Loiwal") to the Trustee's

2

offices. In addition, the Trustee has sent Rule 2004 document production requests to several parties in interest (including Jupiter and Deutsche) as well as letters to former law firms of the Debtor waiving the attorney client privilege and requesting the turnover of documents from those professionals. The Trustee is still awaiting many of the requested documents, including documents believed to be in the possession and/or control of Jupiter and Deutsche.

10.      Accordingly, as of the undersigned date, the Trustee has been unable to file the Debtor's list of creditors, schedules, and statements of financial affairs.

**Tax Returns and the AMT Tax Claim**

11.      The Trustee has also reviewed the transcript from the IRS to identify any possible tax claims. The Trustee has learned that the Debtor has not filed state or federal tax returns since 2007, and the Trustee will need to file both state and federal tax returns for years 2008, 2009, 2010, 2011, 2012, and 2013 (the "Tax Returns"). Filing the Tax Returns will take significant effort by the Trustee's accountants.[1]

12.      After review of the tax transcript and financials of the Debtor, the Trustee anticipates a tax obligation to the Debtor's bankruptcy estate (not otherwise offset by net operating losses)[2] of at least $114,620 for Alternative Minimum Taxable Income (the "AMT Tax Claim") resulting from the Trustee's post-petition receipt of the Insurance Proceeds (defined below). A preliminary and estimated calculation of the AMT Tax Claim is attached to this Motion as **Exhibit A**.

---

[1]      To the extent that Jupiter and/or Deutsche hold a valid secured claim against the Insurance Proceeds, the Trustee expressly reserves the right to surcharge the Insurance Proceeds pursuant to 11 U.S.C. § 506(c).
[2]      For "Regular Tax" purposes, the Debtor should be entitled to offset 100% of any taxable income by utilizing net operating loss carry forwards. However, for Alternative Minimum Tax, the carry forward utilization is limited to 90% of the AMT Income before the AMT Net Operating Loss utilization.

6299125v1

13.     The AMT Tax Claim is due on March 15, 2014.  The Trustee is in the process of requesting an extension of that deadline.

**The Insurance Proceeds, and Jupiter's and Deutsche's Asserted Interest in such Funds as Cash Collateral**

14.     Prior to the Petition Date, the Debtor's warehouse flooded.  The Debtor's warehouse was insured by The Cincinnati Insurance Company ("CIC"); however, the Debtor and CIC disagreed on the amount due under the Debtor's policy with CIC.  The Debtor ultimately sued CIC in federal district court, Trade Am International, Inc. v. The Cincinnati Insurance Company, N.D. Ga. CAFN 1:08-cv-03711-ECS (the "District Court Case") in order to recover under the policy.

15.     A jury awarded the Debtor $9.2 million in the District Court Case (the "Judgment").  CIC appealed, and the Eleventh Circuit affirmed the Judgment.  CIC had not satisfied the Judgment as of the Petition Date.

16.     In April 2013, CIC paid King & Spalding (the Debtor's counsel in the District Court Case) approximately $3.5 million in partial satisfaction of the Judgment.  Since the Petition Date, the Trustee has continued to pursue collection of the remaining portion of the Judgment,[3] and CIC eventually paid the Trustee approximately $5.7 million (the "Insurance Proceeds") in satisfaction of the remaining portion of the Judgment.

17.     Jupiter claims that it holds an interest in the Insurance Proceeds and that the Insurance Proceeds constitutes its cash collateral within the meaning of Section 363 of the Bankruptcy Code. *See* Docket Nos. 33 and 61.  However, Jupiter has not filed a proof of claim in this Case establishing the amount of its claim or filed any of the documents establishing the basis of its lien or its asserted secured claim.

---

[3]     To the extent that Jupiter and/or Deutsche hold valid secured claim against the Insurance Proceeds, the Trustee expressly reserves the right to surcharge the Insurance Proceeds pursuant to 11 U.S.C. § 506(c).

6299125v1

18.      Deutsche also claims that it holds an interest in the Insurance Proceeds and that the Insurance Proceeds constitute its cash collateral within the meaning of Section 363 of the Bankruptcy Code. *See* Docket No. 69. However, Deutsche has not filed a proof of claim in this Case establishing the amount of its claim or filed any of the documents establishing the basis of its lien or its asserted secured claim.

19.      The Trustee is currently in the process of investigating the extent, validity, and priority of Jupiter's and Deutsche's asserted liens in the Insurance Proceeds. However, the Trustee is currently awaiting the receipt of documents from Jupiter and Deutsche.

## REQUESTED RELIEF

20.      Section 363 of the Bankruptcy Code governs the use of cash collateral. Under that section, a trustee or debtor may *not* use cash collateral unless "(A) each entity that has an interest in such cash collateral consents; or (B) the court, after notice and a hearing, authorizes the use, sale or lease in accordance with the provisions of this section." 11 U.S.C. § 363(c)(2). Section 363(a) defines "cash collateral" as follows:

> Cash, negotiable instruments, documents of title, securities, deposit accounts, or other cash equivalents whenever acquired in which the estate and an entity other than the estate have an interest and includes proceeds, products, offspring, rents, or profits or property and the fees, charges, accounts or other payments for the use or occupancy of rooms and other public facilities in hotels, motels, or other lodging properties subject to a security interest as provided in Section 552(b) of this title, whether existing before or after the commencement of a case under this title.

11 U.S.C. § 363(a).

**A.  Jupiter and Deutsche have the Burden of Proof on the Issue of the Validity, Priority, or Extent of their Interest in the Insurance Proceeds.**

21.      As set forth above, Jupiter and Deutsche both assert that the Insurance Proceeds are cash collateral within the meaning of Section 363 of the Bankruptcy Code. However, Jupiter

5

and Deutsche have the burden of proof on the issue of the validity, priority, or extent of their interest in the Insurance Proceeds in the context of any proposed use of cash collateral under Section 363 of the Bankruptcy Code. *See* 11 U.S.C. § 363(p).

22.      As noted above, this Case was an involuntary filing and the Debtor's schedules and statements of financial affairs have not yet been filed.  Further, Jupiter and Deutsche have not filed proofs of claim in this Case or otherwise provided the Trustee with documents that establish the basis of their alleged secured claims much less establish their asserted interest in the Insurance Proceeds.  Moreover, Jupiter and Deutsche still have not fully responded to the Trustee's pending document production requests.  Therefore, Jupiter and Deutsche have not established any entitlement to adequate protection of their asserted interest in the Insurance Proceeds.

**B.  Use of the Insurance Proceeds is Necessary to Prevent Harm to the Debtor's Bankruptcy Estate**

23.      The Trustee needs to file the Tax Returns before he will be able to make any distributions from the estate to creditors.  The AMT Tax Claim is due on March 15, 2014.

24.      Even if the Trustee is able to obtain an extension, unless the Trustee promptly pays the AMT Tax Claim, federal and state penalties and interest will likely accrue, and the Debtor's bankruptcy estate will be harmed.  Accordingly, the Trustee needs to file the Tax Returns, and requires authorization from this Court to use a portion of the Insurance Proceeds to pay the AMT Tax Claim.

6

WHEREFORE, the Trustee respectfully requests that the Court an order: (i) granting the

Motion, (ii) authorizing the Trustee to use a portion of the Insurance Proceeds to pay the AMT

Tax Claim, (iii) and granting the trustee such other and further relief as is just and proper.

Respectfully submitted this 5th day of March, 2014.

ARNALL GOLDEN GREGORY LLP


/s/ Sean C. Kulka
Sean C. Kulka (Bar No. 648919)
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873-8500


*Attorneys for the Trustee*

6299125v1

EXHIBIT A

*DRAFT ESTIMATE*

| Form **1120** | | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2013 or tax year beginning _____ , onding _____<br>▶ Information about Form 1120 and its separate Instructions is at *www.irs.gov/form1120*. | | **2013** |

| A Check if: | | | | B Employer identification number |
|---|---|---|---|---|
| 1 Consolidated return<br>(attach Form 851) ☐<br>b Life/nonlife<br>consolidated return ☐<br>2 Personal holding co.<br>(attach Sch. PH) ☐<br>3 Personal service<br>corp. (see Instructions) ☐ | TYPE<br>OR<br>PRINT | Name TRADE AM INTERNATIONAL, INC.<br>C/O S. GREGORY HAYS, CHAPTER 7 TRUSTEE | | 58-1709821 |
| | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>3343 PEACHTREE RD. N.E., STE. 200 | | C Date incorporated<br>6/30/1999 |
| | | City or town, state, or province, country and ZIP or foreign postal code<br>ATLANTA, GA 30326 | | D Total assets (see instructions)<br>$ |
| 4 Schedule M-3<br>attached · · · ☒ | E Check if: | (1) ☐ | Initial return (2) ☐ | Final return (3) ☐ | Name change (4) ☐ | Address change ☐ |

| | | | | | | |
|---|---|---|---|---|---:|---:|
| **Income** | 1a | Gross receipts or sales | 1a | | | |
| | b | Returns and allowances | 1b | | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | |
| | 4 | Dividends (Schedule C, line 19) | | | 4 | |
| | 5 | Interest | | | 5 | |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see instructions - attach statement) ........ SEE STATEMENT 1 ▶ | | | 10 | 5,730,984. |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 5,730,984. |

| | | | | | | |
|---|---|---|---|---|---:|---:|
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions - attach Form 1125-E) | | | 12 | |
| | 13 | Salaries and wages (less employment credits) | | | 13 | |
| | 14 | Repairs and maintenance | | | 14 | |
| | 15 | Bad debts | | | 15 | |
| | 16 | Rents | | | 16 | |
| | 17 | Taxes and licenses | | | 17 | |
| | 18 | Interest | | | 18 | |
| | 19 | Charitable contributions | | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | |
| | 21 | Depletion | | | 21 | |
| | 22 | Advertising | | | 22 | |
| | 23 | Pension, profit-sharing, etc., plans | | | 23 | |
| | 24 | Employee benefit programs | | | 24 | |
| | 25 | Domestic production activities deduction (attach Form 8903) | | | 25 | |
| | 26 | Other deductions (attach statement) | | | 26 | |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 5,730,984. |
| | 29a | Net operating loss deduction (see instructions) | 29a | 5,730,984. | STMT 2 | |
| | b | Special deductions (Schedule C, line 20) | 29b | | | |
| | c | Add lines 29a and 29b | | | 29c | 5,730,984. |

| | | | | | | |
|---|---|---|---|---|---:|---:|
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | | | 30 | |
| | 31 | Total tax (Schedule J, Part I, line 11) | | | 31 | 114,620. |
| | 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | | | 32 | |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☒ | | | 33 | 848. |
| | 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | 115,468. |
| | 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | |
| | 36 | Enter amount from line 35 you want: Credited to 2014 estimated tax ▶ | | Refunded ▶ | 36 | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | | May the IRS discuss this return<br>with the preparer shown below<br>(see instructions)? ☐ Yes ☒ No |
|---|---|---|---|---|
| ▶<br>Signature<br>of officer | Date | ▶ Title | | |

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if<br>self-employed | PTIN<br>P01372941 |
|---|---|---|---|---|
| Firm's name ▶ HAYS FINANCIAL CONSULTING, LLC | | | Firm's EIN ▶ | 58-2633618 |
| Firm's address ▶ 3343 PEACHTREE RD. N.E., STE. 200<br>ATLANTA, GA 30326 | | | Phone no.<br>404-317-5709 | |

Notice, see separate instructions.                    Form **1120** (2013)

TRADE AM INTERNATIONAL, INC.                                   58-1709821
Form 1120 (2013)                                                      Page **2**

| | **Schedule C** Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

Form **1120** (2013)

TRADE AM INTERNATIONAL, INC.

Form 1120 (2013)

*DRAFT ESTIMATE* 38-1709821

Page 3

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | | |
|---|---|---|---|---|
| **Part I—Tax Computation** | | | | |
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) . . ▶ ☐ | | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) . . . . . . . . ▶ ☐ | 2 | | |
| 3 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . . . | 3 | | 114,620. |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | | 114,620. |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . | 5a | | |
| b | Credit from Form 8834 (see instructions) . . . . . . . . . . . | 5b | | |
| c | General business credit (attach Form 3800) . . . . . . . . . . | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . . . | 5d | | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . | 5e | | |
| 6 | Total credits. Add lines 5a through 5e . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | | 114,620. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . | 8 | | |
| 9a | Recapture of investment credit (attach Form 4255) . . . . . . . . | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) . . . . . . . | 9b | | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . | 9c | | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) . . . . . . . . . . . . . . . . . . . . . . . | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . | 9e | | |
| f | Other (see instructions - attach statement) . . . . . . . . . . . . . . | 9f | | |
| 10 | Total. Add lines 9a through 9f . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . . . . . | 11 | | 114,620. |
| **Part II—Payments and Refundable Credits** | | | | |
| 12 | 2012 overpayment credited to 2013 . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | | |
| 13 | 2013 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | | |
| 14 | 2013 refund applied for on Form 4466 . . . . . . . . . . . . . . . . . . . . . . . . | 14 | ( | ) |
| 15 | Combine lines 12, 13, and 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | | |
| 16 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | | |
| 17 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | | |
| 18 | Total payments. Add lines 15, 16, and 17 . . . . . . . . . . . . . . . . . . . . . . | 18 | | |
| 19 | Refundable credits from: | | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . | 19a | | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . . . . . . | 19b | | |
| c | Form 8827, line 8c . . . . . . . . . . . . . . . . . . . . | 19c | | |
| d | Other (attach statement - see instructions) . . . . . . . . . . . | 19d | | |
| 20 | Total credits. Add lines 19a through 19d . . . . . . . . . . . . . . . . . . . . . . | 20 | | |
| 21 | Total payments and credits. Add lines 18 and 20. Enter here and on page 1, line 32 . . . . . . . . . . | 21 | | |

| **Schedule K** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash    b ☒ Accrual    c ☐ Other (specify) ▶ _ _ _ _ _ _ _ _ _ | | | | |
| 2 | See the instructions and enter the: | | | | |
| a | Business activity code no. ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |
| b | Business activity ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |
| c | Product or service ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . | | | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |
| 4 | At the end of the tax year: | | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) . . . . . . . . . . . . . | | | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . . . | | | | X |

Form **1120** (2013)

JSA
3C1190 2.000

TRADE AM INTERNATIONAL, INC.                          DRAFT ESTIMATE    58-1709821

Form 1120 (2013)                                                                      Page **4**

**Schedule K    Other Information** *continued* (see instructions)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **5** At the end of the tax year, did the corporation: |  |  |  |  |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. |  |  |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.     **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | Yes | No |
|---|---|---|
| **6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) |  | X |
| If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. |  |  |
| **7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: |  | X |
| (i) Percentage owned ▶ _____ and (ii) Owner's country ▶ _____ |  |  |
| (c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____ |  |  |
| **8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ |  |  |
| If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ |  |  |
| **10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ |  |  |
| **11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ |  |  |
| If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. |  |  |
| **12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ 24,622,897. |  |  |
| **13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? |  | X |
| If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ |  |  |
| **14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? |  | X |
| If "Yes," complete and attach Schedule UTP. |  |  |
| **15a** Did the corporation make any payments in 2013 that would require it to file Form(s) 1099? |  | X |
| **b** If "Yes," did or will the corporation file required Forms 1099? |  | X |
| **16** During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? |  | X |
| **17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? |  | X |
| **18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? |  | X |

Form **1120** (2013)

JSA
3C 1135 2.000    1608GO    B92F    02/17/2014  17:13:36  V13-3F                        10

| Form **4626** | **Alternative Minimum Tax - Corporations** | | OMB No. 1545-0175 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to the corporation's tax return. ▶ Information about Form 4626 and its separate instructions is at *www.irs.gov/form4626*. | | 20**13** |

| Name | | Employer identification number |
|---|---|---|
| TRADE AM INTERNATIONAL, INC. C/O S. GREGORY HAYS, CHAPTER 7 TRUSTEE | | 58-1709821 |

**Note:** *See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).*

| | | | |
|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction | 1 | 5,730,984. |
| 2 | Adjustments and preferences: | | |
| a | Depreciation of post-1986 property | 2a | |
| b | Amortization of certified pollution control facilities | 2b | |
| c | Amortization of mining exploration and development costs | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | |
| e | Adjusted gain or loss | 2e | |
| f | Long-term contracts | 2f | |
| g | Merchant marine capital construction funds | 2g | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2h | |
| i | Tax shelter farm activities (personal service corporations only) | 2i | |
| j | Passive activities (closely held corporations and personal service corporations only) | 2j | |
| k | Loss limitations | 2k | |
| l | Depletion | 2l | |
| m | Tax-exempt interest income from specified private activity bonds | 2m | |
| n | Intangible drilling costs | 2n | |
| o | Other adjustments and preferences | 2o | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o | 3 | 5,730,984. |
| 4 | Adjusted current earnings (ACE) adjustment: | | |
| a | ACE from line 10 of the ACE worksheet in the instructions | 4a | 5,730,984. |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions) | 4b | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount | 4c | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). **Note:** *You must enter an amount on line 4d (even if line 4b is positive)* | 4d | |
| e | ACE adjustment. • If line 4b is zero or more, enter the amount from line 4c • If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | 4e | |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT | 5 | 5,730,984. |
| 6 | Alternative tax net operating loss deduction (see instructions) . . . . SEE STATEMENT 3 . | 6 | 5,157,886. |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions | 7 | 573,098. |
| 8 | Exemption phase-out (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- | 8a | |
| b | Multiply line 8a by 25% (.25) | 8b | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- | 8c | NONE |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- | 9 | 573,098. |
| 10 | Multiply line 9 by 20% (.20) | 10 | 114,620. |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) (see instructions) | 11 | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 | 12 | 114,620. |
| 13 | Regular tax liability before applying all credits except the foreign tax credit | 13 | |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return | 14 | 114,620. |

For Paperwork Reduction Act Notice, see separate instructions.                    Form **4626** (2013)

| Form **2220** | **Underpayment of Estimated Tax by Corporations** | OMB No. 1545-0142 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Attach to the corporation's tax return. ► Information about Form 2220 and its separate instructions is at *www.irs.gov/form2220.* | 20**13** |

| Name | Employer identification number |
|---|---|
| TRADE AM INTERNATIONAL, INC. | 58-1709821 |

**Note:** *Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38 on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.*

**Part I   Required Annual Payment**

| | | | |
|---|---|---|---|
| 1 | Total tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 114,620. |
| 2a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 . . | 2a | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method . . . . | 2b | |
| c | Credit for federal tax paid on fuels (see instructions) . . . . . . . . . . . | 2c | |
| d | Total. Add lines 2a through 2c . . . . . . . . . . . . . . . . . . . . . . . . | 2d | |
| 3 | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 114,620. |
| 4 | Enter the tax shown on the corporation's 2012 income tax return (see instructions). **Caution:** *If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5* . . . . . | 4 | |
| 5 | **Required annual payment.** Enter the **smaller** of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 114,620. |

**Part II   Reasons for Filing** - Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty (see instructions).

| | | |
|---|---|---|
| 6 | | The corporation is using the adjusted seasonal installment method. |
| 7 | X | The corporation is using the annualized income installment method. |
| 8 | | The corporation is a "large corporation" figuring its first required installment based on the prior year's tax. |

**Part III   Figuring the Underpayment**

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | Installment due dates. Enter in columns (a) through (d) the 15th day of the 4th (*Form 990-PF filers:* Use 5th month), 6th, 9th, and 12th months of the corporation's tax year . . . . . . . . | 9 | 04/15/2013 | 06/15/2013 | 09/15/2013 | 12/15/2013 |
| 10 | Required installments. If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% of line 5 in each column . . . . . . . . . . . . . . . . . | 10 | | | | 114,620. |
| 11 | Estimated tax paid or credited for each period (see instructions). For column (a) only, enter the amount from line 11 on line 15 . . . . . . . *Complete lines 12 through 18 of one column before going to the next column.* | 11 | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column . . . | 12 | | | | |
| 13 | Add lines 11 and 12 . . . . . . . . . . | 13 | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column | 14 | | | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- . . | 15 | | | | |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- . . . . . . . | 16 | | | | |
| 17 | Underpayment. If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 . . . . . . . . . . . . . . . . . | 17 | | | | 114,620. |
| 18 | Overpayment. If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column . . . . . . . . . . . . . | 18 | | | | |

**Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.**

For Paperwork Reduction Act Notice, see separate instructions.          Form **2220** (2013)

Form 2220 (2013)

Page **2**

### Part IV  Figuring the Penalty

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 3rd month after the close of the tax year, whichever is earlier (see instructions). *(Form 990-PF and Form 990-T filers: Use 5th month instead of 3rd month.)* . . . . . . . . . . . . . . . . . . . . . **19** | | | | 03/15/2014 |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 . . . . . . . . . . . . . . . . . . . **20** | | | | 90 |
| 21 | Number of days on line 20 after 4/15/2013 and before 7/1/2013  **21** | | | | |
| 22 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 21}}{365}$ x 3%  **22** | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2013 and before 10/1/2013  **23** | | | | |
| 24 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 23}}{365}$ x 3%  **24** | $ | $ | $ | $ |
| 25 | Number of days on line 20 after 9/30/2013 and before 1/1/2014  **25** | | | | 16 |
| 26 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 25}}{365}$ x 3%  **26** | $ | $ | $ | $ 151. |
| 27 | Number of days on line 20 after 12/31/2013 and before 4/1/2014  **27** | | | | 74 |
| 28 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 27}}{365}$ x *%  **28** | $ | $ | $ | $ 697. |
| 29 | Number of days on line 20 after 3/31/2014 and before 7/1/2014  **29** | | | | |
| 30 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 29}}{365}$ x *%  **30** | $ | $ | $ | $ |
| 31 | Number of days on line 20 after 6/30/2014 and before 10/1/2014  **31** | | | | |
| 32 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 31}}{365}$ x *%  **32** | $ | $ | $ | $ |
| 33 | Number of days on line 20 after 9/30/2014 and before 1/1/2015  **33** | | | | |
| 34 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 33}}{365}$ x *%  **34** | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2014 and before 2/16/2015  **35** | | | | |
| 36 | Underpayment on line 17 x $\dfrac{\text{Number of days on line 35}}{365}$ x *%  **36** | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 . . . . . . . . . **37** | $ | $ | $ | $ 848. |
| 38 | **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 33; or the comparable line for other income tax returns . . . . . . . . . . . . . . . . . . . . . . . . . . **38** $ | | | | 848. |

*Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at *www.irs.gov.* You can also call 1-800-829-4933 to get interest rate information.

Form **2220** (2013)

Form 2220 (2013)

Page 4

## Part II  Annualized Income Installment Method

| | | (a) First ___ months | (b) First ___ months | (c) First ___ months | (d) First __9__ months |
|---|---|---|---|---|---|
| 20 | Annualization periods (see instructions) | | | | |
| 21 | Enter taxable income for each annualization period (see instructions for the treatment of extraordinary items) | | | | 5,730,984. |
| 22 | Annualization amounts (see instructions) | | | | 1.33333 |
| 23a | Annualized taxable income. Multiply line 21 by line 22 | | | | 7,641,293. |
| b | Extraordinary items (see instructions) | | | | |
| c | Add lines 23a and 23b | | | | 7,641,293. |
| 24 | Figure the tax on the amount on line 23c using the instructions for Form 1120, Schedule J, line 2 (or comparable line of corporation's return) | | | | 2,598,040. |
| 25 | Enter any alternative minimum tax for each payment period (see instructions) | STMT 5 | | | |
| 26 | Enter any other taxes for each payment period (see instructions) | | | | |
| 27 | Total tax. Add lines 24 through 26 | | | | 2,598,040. |
| 28 | For each period, enter the same type of credits as allowed on Form 2220, lines 1 and 2c (see instructions) | | | | |
| 29 | Total tax after credits. Subtract line 28 from line 27. If zero or less, enter -0- | | | | 2,598,040. |
| 30 | Applicable percentage | 25% | 50% | 75% | 100% |
| 31 | Multiply line 29 by line 30 | | | | 2,598,040. |

## Part III  Required Installments

| | | 1st installment | 2nd installment | 3rd installment | 4th installment |
|---|---|---|---|---|---|
| | Note: *Complete lines 32 through 38 of one column before completing the next column.* | | | | |
| 32 | If only Part I or Part II is completed, enter the amount in each column from line 19 or line 31. If both parts are completed, enter the smaller of the amounts in each column from line 19 or line 31 | | | | 2,598,040. |
| 33 | Add the amounts in all preceding columns of line 38 (see instructions) | | | | |
| 34 | Adjusted seasonal or annualized income installments. Subtract line 33 from line 32. If zero or less, enter -0- | | | | 2,598,040. |
| 35 | Enter 25% of line 5 on page 1 of Form 2220 in each column. Note: *"Large corporations," see the instructions for line 10 for the amounts to enter* | 28,655. | 28,655. | 28,655. | 28,655. |
| 36 | Subtract line 38 of the preceding column from line 37 of the preceding column | | 28,655. | 57,310. | 85,965. |
| 37 | Add lines 35 and 36 | 28,655. | 57,310. | 85,965. | 114,620. |
| 38 | Required Installments. Enter the smaller of line 34 or line 37 here and on page 1 of Form 2220, line 10 (see instructions) | | | | 114,620. |

Form **2220** (2013)

TRADE AM INTERNATIONAL, INC.                                      58-1709821

FORM 1120, PAGE 1 DETAIL
================================================================================

LINE 10 - OTHER INCOME
----------------------
    SETTLEMENT                                                  5,730,984.
                                                              ----------------
      TOTAL                                                     5,730,984.
                                                              ================

                                                              STATEMENT  1

TRADE AM INTERNATIONAL, INC.                                                                      58-1709821

FORM 1120, PAGE 1 DETAIL

LINE 29A - NON-SRLY NOL DEDUCTION

| YEAR ENDING | ORIGINAL NOL | AMOUNT AVAILABLE | AMOUNT USED | CONVERTED CONTRIBUTIONS | CARRYOVER TO NEXT YEAR |
|---|---|---|---|---|---|
| 12/31/2006 | 1,006,967. | 1,006,967. | 1,006,967. | | |
| 12/31/2007 | 3,543,995. | 3,543,995. | 3,543,995. | | |
| 12/31/2008 | 4,576,666. | 4,576,666. | 1,180,022. | | 3,396,644. |
| 12/31/2009 | 4,884,818. | 4,884,818. | | | 4,884,818. |
| 12/31/2010 | 10,364,485. | 10,364,485. | | | 10,364,485. |
| 12/31/2011 | 213,050. | 213,050. | | | 213,050. |
| 12/31/2012 | 32,916. | 32,916. | | | 32,916. |
| TOTAL | 24,622,897. | 24,622,897. | 5,730,984. | | 18,891,913. |

160860   R92F   02/17/2014   17-13-36   V13-3F   58-1709821   STATEMENT   2

TRADE AM INTERNATIONAL, INC.                                    58-1709821


FORM 4626 DETAIL
======================================================================


LINE 6 - AMT NET OPERATING LOSS DEDUCTION
-------------------------------------------
  TOTAL NOL DEDUCTION AVAILABLE FOR THIS YEAR           25,261,240.
  TOTAL PREFERENCES INCLUDED IN CARRYOVER
  ALTERNATIVE TAX NOL BEFORE LIMITATION                 25,261,240.
  AMTI RECOMPUTED FOR NOL                                5,157,886.
  SECTION 382 NOL DEDUCTION
  SRLY NOL DEDUCTION
  NON-SRLY NOL DEDUCTION                                 5,157,886.
                                                      ----------------
  AMT NET OPERATING LOSS DEDUCTION                       5,157,886.
                                                      ================

TRADE AM INTERNATIONAL, INC.                                    58-1709821

FORM 4626 DETAIL
================================================================================

LINE 6 - NON-SRLY AMT NOL DEDUCTION
--------------------------------------

| YEAR ENDING | ORIGINAL NOL | AMOUNT AVAILABLE | AMOUNT USED | CARRYOVER TO NEXT YEAR |
|---|---|---|---|---|
| 12/31/2006 | 1,644,509. | 1,644,509. | 1,644,509. | |
| 12/31/2007 | 3,544,796. | 3,544,796. | 3,513,377. | 31,419. |
| 12/31/2008 | 4,576,666. | 4,576,666. | | 4,576,666. |
| 12/31/2009 | 4,884,818. | 4,884,818. | | 4,884,818. |
| 12/31/2010 | 10,364,485. | 10,364,485. | | 10,364,485. |
| 12/31/2011 | 213,050. | 213,050. | | 213,050. |
| 12/31/2012 | 32,916. | 32,916. | | 32,916. |
| TOTAL | 25,261,240. | 25,261,240. | 5,157,886. | 20,103,354. |

STATEMENT    4

TRADE AM INTERNATIONAL, INC.                                58-1709821


2220, SCHEDULE A, LINE 25, AMT - ANNUALIZED INCOME METHOD
=================================================================================

| ALTERNATIVE TAX | (A) FIRST   MOS. | (B) FIRST   MOS. | (C) FIRST   MOS. | (D) FIRST 9 MOS. |
|---|---|---|---|---|
| 1) AMT TAXABLE INC. | | | | 573,098. |
| 2) ANNUALIZATION | | | | 1.33333 |
| 3) LINE 1 X LINE 2 | | | | 764,129. |
| 4) EXEMPTION AMOUNT | 40,000. | 40,000. | 40,000. | 40,000. |
| 5) $150,000 | 150,000. | 150,000. | 150,000. | 150,000. |
| 6) LN 3 LESS LN 5 | | | | 614,129. |
| 7) LN 6 X 25% | | | | 153,532. |
| 8) LN 4 LESS LN 7 | | | | NONE |
| 9) LN 3 LESS LN 8 | | | | 764,129. |
| 10) LINE 9 X 20% | | | | 152,826. |
| 11) AMT CREDIT | | | | |
| 12) LN 10 LESS LN 11 | | | | 152,826. |
| 13) APPLICABLE CREDITS | | | | |
| 14) REGULAR TAX | | | | 2,598,040. |
| | ---------------- | ---------------- | ---------------- | ---------------- |
| 15) ALT. MIN. TAX | | | | |

STATEMENT  5

Trade AM International, Inc.
Estimated net operating loss carryforward 2007-2012
Estimated alternative minimum tax for 2013

| | | Regular Tax | Alt Min Tax |
|---|---|---|---|
| **Year ended 12/31/2007** | | | |
| Carryforward from year ended 12/31/2006 | | $ (1,006,967) | -1644509 |
| Current year net operating loss | | (3,543,995) | (3,544,796) |
| **NOL Carryforward to year ended 12/31/08** | | (4,550,962) | (5,189,305) |
| | | | |
| **Year ended 12/31/2008** | | | |
| Carryforward from year ended 12/31/2007 | | (4,550,962) | (5,189,305) |
| Current year operating loss, adjusted for certain exps: | | | |
| Book loss before taxes, unadjusted (Compiled FS) | (8,052,439) | | |
| | | | |
| **Estimated m-1 differences:** | | | |
| Change in bad debt reserve | 1300000 | 1,300,000 | |
| Net loss from foreign sub | | 22,376 | |
| bad debt direct writeoffs | | (1,326,146) | |
| Depreication and amortization | | 2,614,088 | |
| unrealized loss on investments | | 42,335 | |
| change in unicap reserve (reduction) | | (280,000) | |
| reserve for slow moving inventory | | 411,560 | |
| inventory impairment | | 691,560 | |
| 2008 Estimated taxable loss | | (4,576,666) | (4,576,666) |
| | | | |
| Estimated net operating loss carryforward to 2009 | | (9,127,628) | (9,765,971) |
| | | | |
| **Year ended 12/31/2009:** | | | |
| Book loss before taxes, unadjusted (Compiled FS) | (5,904,091) | | |
| **Estimated m-1 differences:** | | | |
| Change in bad debt reserve | (1,300,000) | | |
| Net loss from foreign sub | | | |
| bad debt direct writeoffs | (303,826) | | |
| Depreication and amortization | 2,606,983 | | |
| unrealized loss on investments | | | |
| change in unicap reserve (reduction) | (110,000) | | |
| reserve for slow moving inventory | - | | |
| inventory impairment | 126,116 | | |
| 2009 Estimated taxable loss: | | (4,884,818) | (4,884,818) |
| | | | |
| Estimated net operating loss carryforward to 2010 | | (14,012,446) | (14,650,789) |
| | | | |
| **year ended 12/31/2010** | | | |
| | | | |
| Book loss before taxes, unadjusted (Compiled FS) | (10,288,487) | | |
| | | | |
| **Estimated m-1 differences:** | | | |
| Change in bad debt reserve | (1,000,000) | | |
| Net loss from foreign sub | 158,093 | | |
| bad debt direct writeoffs | - | | |
| Depreication and amortization | | | |
| writeoff of deferred expenses | 765,909 | | |
| unrealized loss on investments | | | |
| change in unicap reserve (reduction) | | | |
| reserve for slow moving inventory | - | | |
| inventory Impairment | - | | |

2/17/20145:51 PM                                    1                    HFC_Trade_AM_AMT_2013_dtd_2_17_2014Sheet1

Trade AM International, Inc.
Estimated net operating loss carryforward 2007-2012
Estimated alternative minimum tax for 2013

| | Regular Tax | Alt Min Tax |
|---|---|---|
| 2010 Estimated taxable loss: | (10,364,485) | (10,364,485) |
| | (24,376,931) | (25,015,274) |
| | | |
| 2011 Estimated loss per compiled financials | (213,050) | (213,050) |
| 2012 Estimated loss per compiled financials | (32,916) | (32,916) |
| Estimated NOL carryforward to 2013: | (24,622,897) | (25,261,240) |
| 2013 Year of insurance recovery | | |
| Recovery net of proceeds and legal fees=gain= | 5,730,984 | 5,730,984 |
| Regular tax NOL carryforward | (5,730,984) | |
| AMT NOL available | | (5,157,886) |
| Tentative AMTI before exemption | | 573,098 |
| Estimated Federal Alternative Minimum Tax | | $      114,620 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following parties with a true and correct

copy of the foregoing *Trustee's Motion for Authority to Use Cash Collateral in Order to Pay*

*Certain Tax Claims* by depositing same in the United States Mail, postage prepaid, addressed to:


R. Jeneane Treace
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303


S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting
Suite 200
3343 Peachtree Street, NE
Atlanta, Georgia 30325-1420

Deutsche Bank AG Cayman Islands Branch
c/o John D. Elrod
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305


Deutsche Bank AG Cayman Islands Branch
c/o Andrew N. Capezzuto
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305

Trade AM International, Inc.
3579 Castlegate Drive, NW
Atlanta, Georgia 30327


William L. Rothschild
Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street, SW
Atlanta, Georgia 30303-4000

John M. McGovern
McGovern Law Firm
7000 Miller Court East
Norcross, Georgia 30071


AmericasMart Real Estate, LLC
c/o Neal G. Patton, Esq.
240 Peachtree St., NW Suite 2200
Atlanta, Georgia 30303

Emdee International, Inc.
c/o Deepa Dharamup
3595 Clearview Pkwy.
Atlanta, Georgia 30340


IHE, Inc.
c/o Sharad Mittel
2522 Bentley Ridge Drive
San Jose, California 95138

Tianjin Longxing (Group) Ltd.
c/o Po Chu
33-00 Northern Boulevard
Long Island, New York 11101


8

6299125v1

LIT/Hodges Industrial Trust
c/o Matthew R. Brooks
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Wayne M. Greenwald
26th Floor 475 Park Avenue
New York, NY 10016

Deutsche Bank AG Cayman Islands Branch
c/o Michael J. King
Greenberg Traurig, LLP
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305

William R. Joiner
Mitchell and Shapiro, LLP
One Securities Center – Suite 650
3490 Piedmont Road
Atlanta, GA 30305

Lydia J. Sartain
Stewart Melvin & Frost, LLP
Post Office Box 3280
Gainesville, GA  30503

J. Douglas Stewart
Stewart Melvin & Frost, LLP
Post Office Box 3280
Gainesville, GA  30503

G. Frank Nason, IV
Lamberth, Cifelli, Stokes, Ellis, & Nason
Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326

Christopher D. Phillips
Lamberth, Cifelli, Stokes, Ellis, & Nason
Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326

William Russell Patterson
Ragsdale, Beals, Seigler, Patterson, & Gray
2400  International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1629

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031

This 5th day of March, 2014.

/s/ Sean C. Kulka
Sean c. Kulka

9

6299125v1