IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-62588-MGD |
| | ) | |
| TRADE AM INTERNATIONAL, INC., | ) | CHAPTER 7 |
| | ) | |
|     Debtor. | ) | |
| | ) | |

**TRUSTEE'S RESERVATION OF RIGHTS PERTAINING TO DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

S. Gregory Hays, as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Trade Am International, Inc. (the "Debtor"), submits this reservation of rights (the "Reservation of Rights") regarding the Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 124] (collectively, the "Schedules") filed by Trustee on behalf of the Debtor, pursuant to the Court's *Order Designating Person Responsible for Preparing Creditor List, Schedules, and Statements* [Docket No. 58] (the "Designation Order"), which designated the Trustee as the responsible person to file Debtor's list of creditors, schedules, and statements of financial affairs.

1. This Reservation of Rights is an integral part of the Schedules filed by the Trustee on behalf of the Debtor, and should be referenced in connection with any review of the Schedules.

2. The Schedules filed by the Trustee on behalf of the Debtor are unaudited. Errors or omissions may exist, and subsequent information or discovery may result in material changes to the Schedules. Accordingly, the Schedules remain subject to further review by the Trustee, and the Trustee reserves the right to amend the Schedules from time-to-time as may be necessary or appropriate. Nothing contained in the Schedules shall constitute, or be

Case 13-62588-sms    Doc 125    Filed 08/14/14    Entered 08/14/14 18:48:56    Desc Main
Document      Page 2 of 4

deemed, a waiver of any rights, claims or defenses of the Debtor or the Trustee against any third party, or with respect to any aspect of this Chapter 7 case or any related litigation. Except as otherwise agreed pursuant to a written stipulation, or as ordered by the Bankruptcy Court, nothing contained in the Schedules are intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor or the Debtor's bankruptcy estate, or as a waiver of the Trustee's rights to dispute any claim or assert any cause of action or defense against any party, and the Trustee reserves all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

3. The Schedules do not purport to represent financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles. The Schedules may include estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of any revenues and expenses during the applicable reporting periods. Actual results could differ from the estimates.

4. Any failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission that such claim is "undisputed," "non-contingent" or "liquidated." The Trustee reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment to the Schedules.

5. The Trustee may not have identified and/or set forth all causes of action or defenses against various parties in the Schedules. The Trustee reserves any and all rights with respect to any causes of action or defenses the Trustee (on behalf of the Debtor's bankruptcy estate) or Debtor may have, and neither this Reservation of Rights nor the Schedules shall be deemed a waiver of any such causes of action, nor may they be used in any litigation in this, or related to this, Chapter 7 case.

6. The Trustee reserves the right to amend, modify, change or delete any information in the Schedules, including to the extent some information currently presented should be moved to a different category or labeled in a different way.

7. The Trustee reserves the right to amend the amount of any liability set forth in the Schedules. To the extent there are unknown or undetermined amounts in the Schedules, the actual total may be materially different than the listed total. The description of an amount as "0.00," "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

8. The Trustee reserves the right to dispute or challenge the nature or the validity of any creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The Trustee reserves his rights to challenge asserted liens and claims on any ground whatsoever, except as otherwise agreed pursuant to a written stipulation, or as ordered by the Bankruptcy Court. Reference to the applicable agreements and other relevant documents is necessary for a complete description of collateral and the nature, extent and priority of any liens. Nothing in this Reservation of Rights or the Schedules shall be deemed a modification or interpretation of the terms of any such agreements.

9. The Trustee reserves the right to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

10. The liabilities identified in Schedule F may not reflect the correct amount of any unsecured creditor's claim. Parties in interest should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in this bankruptcy case. Parties in interest should consult their own professionals and/or advisors with respect to pursuing a claim. Actual liabilities and assets may deviate materially from the Schedules due to many factors including events that occur throughout the duration of this Chapter 7 case and upon the potential discovery of additional information.

11. The Trustee specifically reserves the right to amend, modify, supplement, collect, change, or alter any part of the Schedules and this Reservation of Rights as and to the extent necessary and as he deems appropriate as this bankruptcy case proceeds.

Dated: August 14, 2014

ARNALL GOLDEN GREGORY LLP

/s/ Sean C. Kulka
Sean C. Kulka (Bar No. 648919)
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873-8500

*Attorneys for the Trustee*

4