Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-62588 MGD  
**Case Name:** TRADE AM INTERNATIONAL, INC.

**Trustee:** (300320)    S. GREGORY HAYS  
**Filed (f) or Converted (c):** 06/06/13 (f)  
**§341(a) Meeting Date:** 09/04/13  

**Period Ending:** 06/30/14

**Claims Bar Date:** 01/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Insurance Proceeds held by Cincinnati Insurance sold to Jupiter, LLC (a group of insiders) which claims all the $5.7 million. Litigation pending to subordinate the Jupiter interest. | 5,730,984.54 | 0.00 | | 5,730,984.54 | 0.00 |
| 2 | Breach of Fiduciary Duty Claims Against Ajay Loi<br>Imported from original petition Doc# 124 | Unknown | Unknown | | 0.00 | Unknown |
| 3 | Outdated Miscellaneous Computer Equipment Reside<br>Imported from original petition Doc# 124 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 7,012.44 | Unknown |
| 4 | Assets    Totals  (Excluding unknown values) | **$5,730,984.54** | **$0.00** | | **$5,737,996.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

Litigation pending to subordinate interest of Jupiter, LLC (loan was sold to Jupiter, LLC, a group of insiders, which claims all the $5.7 million in insurance proceeds.)

**Initial Projected Date Of Final Report (TFR):**  December 31, 2016       **Current Projected Date Of Final Report (TFR):**  December 31, 2016

Printed: 01/07/2015 12:31 PM    V.13.20

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-62588 MGD | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | TRADE AM INTERNATIONAL, INC. | | Bank Name: | SUNTRUST BANK |
| | | | Account: | ********6503 - Checking Account |
| Taxpayer ID #: | **-***9821 | | Blanket Bond: | $62,105,000.00   (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/08/13 | {1} | Cincinnati Insurance Company | Litigation Settlement | 1149-000 | 5,730,984.54 | | 5,730,984.54 |
| 10/31/13 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 471.06 | | 5,731,455.60 |
| 10/31/13 | | SunTrust Bank | Check Image Statement Fee | 2990-000 | | 1.00 | 5,731,454.60 |
| 11/22/13 | | SunTrust Bank | Chek Image Statement Fee Refund | 2990-000 | | -1.00 | 5,731,455.60 |
| 11/22/13 | | Transfer from SunTrust Business Money Market Acct | Transfer from Money Mkt acct to Checking | 9999-000 | | 1,500.00 | 5,729,955.60 |
| 11/29/13 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 1,413.29 | | 5,731,368.89 |
| 12/31/13 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 1,206.07 | | 5,732,574.96 |
| 01/31/14 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 898.43 | | 5,733,473.39 |
| 02/28/14 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 879.72 | | 5,734,353.11 |
| 03/06/14 | | Hays Financial Consulting | | | | 7,461.00 | 5,726,892.11 |
| | | | Reimbursement to Hays Financial for bond premium, period 1/1/14 - 1/1/15    6,000.00 | 2300-000 | | | 5,726,892.11 |
| | | | Reimbursmennt for pymt to Netserv Applications for recovery of data from Debtor's network drives    1,211.00 | 2990-000 | | | 5,726,892.11 |
| | | | Reimbursement for pymt to US Communications for retreieval from Oracle systems and workstations of Debtpr    250.00 | 2990-000 | | | 5,726,892.11 |
| 03/31/14 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 696.89 | | 5,727,589.00 |

Subtotals :    $5,736,550.00    $8,961.00

{} Asset reference(s)

Printed: 01/07/2015 12:31 PM    V.13.20

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 13-62588 MGD | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | TRADE AM INTERNATIONAL, INC. | | Bank Name: | SUNTRUST BANK |
| | | | Account: | ********6503 - Checking Account |
| Taxpayer ID #: | **-***9821 | | Blanket Bond: | $62,105,000.00   (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/14 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 489.61 | | 5,728,078.61 |
| 05/30/14 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 486.51 | | 5,728,565.12 |
| 06/30/14 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 470.86 | | 5,729,035.98 |
| | | | **ACCOUNT TOTALS** | | 5,737,996.98 | 8,961.00 | **$5,729,035.98** |
| | | | Less: Bank Transfers | | 0.00 | 1,500.00 | |
| | | | **Subtotal** | | 5,737,996.98 | 7,461.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,737,996.98** | **$7,461.00** | |

{} Asset reference(s)

Printed: 01/07/2015 12:31 PM    V.13.20

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 13-62588 MGD | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|
| Case Name: | TRADE AM INTERNATIONAL, INC. | Bank Name: | SUNTRUST BANK |
| | | Account: | ********6552 - Money Market Account |
| Taxpayer ID #: | **-***9821 | Blanket Bond: | $62,105,000.00   (per case limit) |
| Period Ending: | 06/30/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/13 | | Transfer from SunTrust Business Money Market Acct | Miscellaneous Credit | 9999-000 | 1,500.00 | | 1,500.00 |
| | | | **ACCOUNT TOTALS** | | 1,500.00 | 0.00 | **$1,500.00** |
| | | | Less: Bank Transfers | | 1,500.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/07/2015 12:31 PM        V.13.20

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 13-62588 MGD | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | TRADE AM INTERNATIONAL, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7166 - Checking Account |
| Taxpayer ID #: | **-***9821 | | Blanket Bond: | $62,105,000.00  (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  |  |
|---|---|
| Net Receipts : | 5,737,996.98 |
| Net Estate : | $5,737,996.98 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********6503** | 5,737,996.98 | 7,461.00 | 5,729,035.98 |
| **Checking # ********6552** | 0.00 | 0.00 | 1,500.00 |
| **Checking # ******7166** | 0.00 | 0.00 | 0.00 |
| | $5,737,996.98 | $7,461.00 | $5,730,535.98 |

{} Asset reference(s)                                                                                             Printed: 01/07/2015 12:31 PM   V.13.20