

**IT IS ORDERED as set forth below:**

**Date: June 16, 2015**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-62588-MGD |
| | ) | |
| TRADE AM INTERNATIONAL, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER AND NOTICE OF BAR DATE FOR FILING
### ADMINISTRATIVE EXPENSE CLAIMS

S. Gregory Hays, Chapter 7 Trustee ("Trustee"), the duly qualified and acting Chapter 7 Trustee in the above-captioned bankruptcy case (the "Bankruptcy Case"), filed a *Motion for Entry of Order Establishing Bar Date for Filing Motions Seeking Authorization of Administrative Expense Claims* [Docket No. 150] (the "Motion").[1] Regardless of this Order and Notice, **if you have previously filed a proof of claim in the Bankruptcy Case, YOU DO NOT NEED TO FILE ANOTHER PROOF OF CLAIM.**

---

[1]  Any defined term that is not defined in this Order and Notice shall have the meaning ascribed to it in the Motion.

7720217v2

Upon consideration of the representations in the Motion and the facts and circumstances and the entire record in this Bankruptcy Case, it is appropriate that a bar order issue with respect to the filing of motions seeking the payment of a claim for administrative expenses, as defined in 11 U.S.C. § 503 against the Debtor, **excluding (a) administrative expense claims previously allowed or denied by order of the Court; and/or (b) administrative expense claims held by the Trustee or duly appointed Chapter 7 professionals retained by the Trustee in accordance with the Bankruptcy Code** (the "Subject Administrative Expense Claims"). Accordingly, it is hereby

ORDERED that **August 17, 2015 by 5:00 p.m. (Eastern)** (the "Bar Date"), is hereby established as the last date for filing motions seeking allowance of a Subject Administrative Expense Claims. **THIS IS A BAR DATE;** it is further

ORDERED that any creditor or party-in-interest seeking allowance of a Subject Administrative Expense Claim must file a motion seeking allowance of such claim with the Clerk of the Bankruptcy Court on or before the Bar Date and must serve such motion upon counsel for the Trustee, Attention: Sean C. Kulka, at Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363-1031; it is further

ORDERED that the Trustee and professionals retained by the Trustee in accordance with the Bankruptcy Code **are not required** to file a motion seeking allowance of administrative expense claims incurred in connection with their employment in this Bankruptcy Case by the Bar Date; it is further

ORDERED that any creditor or party-in-interest that has been previously awarded or denied an administrative expense claim in this Bankruptcy Case **shall not be required to** file a motion by the Bar Date; it is further

7720217v2

ORDERED AND NOTICE IS HEREBY GIVEN that, pursuant to the terms and conditions of this Order and Notice, any creditor or party-in-interest required to file a motion for payment of a Subject Administrative Expense Claim who fails to do so by the Bar Date **shall be forever barred, estopped, and enjoined from asserting such claim or expense against the Debtor, the Estate, and the property of the Estate, and the Estate shall be forever discharged from any and all indebtedness, liability or obligation with respect to such claim or expense**.

The address for the Clerk of the Bankruptcy Court is as follows:

> Clerk, United States Bankruptcy Court
> 1340 Richard B. Russell Building
> 75 Spring Street, SW
> Atlanta, Georgia 30303

It is further

ORDERED that counsel for the Trustee shall, within three (3) business days after entry of this Order and Notice, serve a copy of this Order and Notice upon all known creditors and parties-in-interest and shall file a certificate evidencing the manner and method of service.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

ARNALL GOLDEN GREGORY LLP

By: */s/ Sean C. Kulka*
      Sean C. Kulka, Esq.
      Georgia Bar No. 648919
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8682
sean.kulka@agg.com

7720217v2 3

**Identification of parties to be served pursuant to BLR 9013-3, N.D.Ga.:**

Sean C. Kulka, Esq., Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363-1031

Office of United States Trustee, 362 Richard B. Russell Building, 75 Spring Street, SW, Atlanta, GA 30303